Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 1 of 74

DOCUMENT 2

FILED
2026 Mar-19  AM 09:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 69 of 159

**Form 2848**
(Rev. January 2021)
Department of the Treasury
Internal Revenue Service

**Power of Attorney
and Declaration of Representative**

▶ Go to www.irs.gov/Form2848 for instructions and the latest information.

OMB No. 1545-0150

**For IRS Use Only**
Received by:
Name _____
Telephone _____
Function _____
Date  /  /

**Part I    Power of Attorney**

Caution: A separate Form 2848 must be completed for each taxpayer. Form 2848 will not be honored for any purpose other than representation before the IRS.

**1    Taxpayer information** Taxpayer must sign and date this form on page 2, line 7.

| Taxpayer name and address | Taxpayer identification number(s) |
|---|---|
| Brackins El Private Estate Trust, Restoration Escrow Account 6575 Co. Road 203, Danville, AL 35619 | ...705 |
| | Daytime telephone number (256) 886-6240 |
| | Plan number (if applicable) |

hereby appoints the following representative(s) as attorney(s)-in-fact:

**2    Representative(s)** must sign and date this form on page 2, Part II.

| Name and address | |
|---|---|
| Kimberly A. Ford, Esq. Fordumas LLC 430 Providence Main, Ste. 302C Huntsville, AL 35806 | CAF No. _____ PTIN _____ Telephone No. (256) 886-6240 Fax No. 1-800-408-1501 |
| Check if to be sent copies of notices and communications ☑ | Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ |
| Check if to be sent copies of notices and communications ☐ | Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ |
| (Note: IRS sends notices and communications to only two representatives.) | Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |
| Name and address | CAF No. _____ PTIN _____ Telephone No. _____ Fax No. _____ |
| (Note: IRS sends notices and communications to only two representatives.) | Check if new: Address ☐ Telephone No. ☐ Fax No. ☐ |

to represent the taxpayer before the Internal Revenue Service and perform the following acts:

**3    Acts authorized** (you are required to complete line 3). Except for the acts described in line 5b, I authorize my representative(s) to receive and inspect my confidential tax information and to perform acts I can perform with respect to the tax matters described below. For example, my representative(s) shall have the authority to sign any agreements, consents, or similar documents (see instructions for line 5a for authorizing a representative to sign a return). W9 updates

| Description of Matter (Income, Employment, Payroll, Excise, Estate, Gift, Whistleblower, Practitioner Discipline, PLR, FOIA, Civil Penalty, Sec. 4980H Shared Responsibility Payment, etc.) (see instructions) | Tax Form Number (1040, 941, 720, etc.) (if applicable) | Year(s) or Period(s) (if applicable) (see instructions) |
|---|---|---|
| Information Returns and Payer File Updates | 1099 Series | 12-31-23, 12-31-24, 12-31-25, 12-31-26 |
| EIN Assignment and Account Records | SS-4, CP-575, CP-148A | 2024, 2025 |
| Civil Penalties related to Information Returns | Civil Penalty | 12-31-23, 12-31-24, 12-31-25, 12-31-26 |

**4    Specific use** not recorded on the Centralized Authorization File (CAF). If the power of attorney is for a specific use not recorded on CAF, check this box. See Line 4. Specific Use Not Recorded on CAF in the instructions . . . . . . . . . . . ▶ ☐

**5a    Additional acts authorized.** In addition to the acts listed on line 3 above, I authorize my representative(s) to perform the following acts (see instructions for line 5a for more information): ☑ Access my IRS records via an Intermediate Service Provider; ☑ Authorize disclosure to third parties; ☑ Substitute or add representative(s); ☐ Sign a return; _____
NASA HR, NSSC, OCFO

☐ Other acts authorized Request and Receive EIN letters CP-575 and CP-148A, correct payer master files and B-Notice issues, obtain and submit W-9 updates, request reissue of forms 1099 to EIN 41-6571705, receive transcripts and account records.

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.    Cat. No. 11980J    Form **2848** (Rev. 1-2021)

*restitution. Financial routing remains the Trust Restoration Escrow.*

Form 2848 (Rev. 1-2021)                                                                                     Page **2**

**b** Specific acts not authorized. My representative(s) is (are) not authorized to endorse or otherwise negotiate any check (including directing or accepting payment by any means, electronic or otherwise, into an account owned or controlled by the representative(s) or any firm or other entity with whom the representative(s) is (are) associated) issued by the government in respect of a federal tax liability.

List any other specific deletions to the acts otherwise authorized in this power of attorney (see Instructions for line 5b): *No authority to receive endorse, or negotiate any payment or refund. No authority to change place on.*

**6** Retention/revocation of prior power(s) of attorney. The filing of this power of attorney automatically revokes all earlier power(s) of attorney on file with the Internal Revenue Service for the same matters and years or periods covered by this form. If you do not want to revoke a prior power of attorney, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**YOU MUST ATTACH A COPY OF ANY POWER OF ATTORNEY YOU WANT TO REMAIN IN EFFECT.**

**7** Taxpayer declaration and signature. If a tax matter concerns a year in which a joint return was filed, each spouse must file a separate power of attorney even if they are appointing the same representative(s). If signed by a corporate officer, partner, guardian, tax matters partner, partnership representative (or designated individual, if applicable), executor, receiver, administrator, trustee, or individual other than the taxpayer, I certify I have the legal authority to execute this form on behalf of the taxpayer.

▶ **IF NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THIS POWER OF ATTORNEY TO THE TAXPAYER.**

| *Kimberly A. Ford* | 11/16/25 | Trustee/Authorized Fiduciary, Office of |
|---|---|---|
| Signature | Date | Title (if applicable) *the Beneficiary* |
| Kimberly A. Ford | | Brackins El Private Estate Trust, Restoration |
| Print name | | Print name of taxpayer from line 1 if other than individual *Escrow* |

## Part II  Declaration of Representative

Under penalties of perjury, by my signature below I declare that:

• I am not currently suspended or disbarred from practice, or ineligible for practice, before the Internal Revenue Service;

• I am subject to regulations in Circular 230 (31 CFR, Subtitle A, Part 10), as amended, governing practice before the Internal Revenue Service;

• I am authorized to represent the taxpayer identified in Part I for the matter(s) specified there; and

• I am one of the following:

a  Attorney—a member in good standing of the bar of the highest court of the jurisdiction shown below.

b  Certified Public Accountant—a holder of an active license to practice as a certified public accountant in the jurisdiction shown below.

c  Enrolled Agent—enrolled as an agent by the IRS per the requirements of Circular 230.

d  Officer—a bona fide officer of the taxpayer organization.

e  Full-Time Employee—a full-time employee of the taxpayer.

f  Family Member—a member of the taxpayer's immediate family (spouse, parent, child, grandparent, grandchild, step-parent, step-child, brother, or sister).

g  Enrolled Actuary—enrolled as an actuary by the Joint Board for the Enrollment of Actuaries under 29 U.S.C. 1242 (the authority to practice before the IRS is limited by section 10.3(d) of Circular 230).

h  Unenrolled Return Preparer—Authority to practice before the IRS is limited. An unenrolled return preparer may represent, provided the preparer (1) prepared and signed the return or claim for refund (or prepared if there is no signature space on the form); (2) was eligible to sign the return or claim for refund; (3) has a valid PTIN; and (4) possesses the required Annual Filing Season Program Record of Completion(s). **See Special Rules and Requirements for Unenrolled Return Preparers** *in the instructions for additional information.*

k  Qualifying Student or Law Graduate—receives permission to represent taxpayers before the IRS by virtue of his/her status as a law, business, or accounting student, or law graduate working in a LITC or STCP. See Instructions for Part II for additional information and requirements.

r  Enrolled Retirement Plan Agent—enrolled as a retirement plan agent under the requirements of Circular 230 (the authority to practice before the Internal Revenue Service is limited by section 10.3(e)).

▶ **IF THIS DECLARATION OF REPRESENTATIVE IS NOT COMPLETED, SIGNED, AND DATED, THE IRS WILL RETURN THE POWER OF ATTORNEY. REPRESENTATIVES MUST SIGN IN THE ORDER LISTED IN PART I, LINE 2.**

Note: For designations d–f, enter your title, position, or relationship to the taxpayer in the "Licensing jurisdiction" column.

| Designation— Insert above letter (a–r). | Licensing jurisdiction (State) or other licensing authority (if applicable) | Bar, license, certification, registration, or enrollment number (if applicable) | Signature | Date |
|---|---|---|---|---|
| a | AL and TN | AL– TN: ▮▮▮ | *Kimberly A. Ford* | 11/16/25 |
| | | | | |
| | | | | |
| | | | | |

Form 2848 (Rev. 1-2021)

FORM 2848 for Brackins El Private Estate Trust

Part I, line 1, Taxpayer

• Taxpayer name and address: Brackins El Private Estate Trust, Restoration Escrow Account, 6675 County Road 203, Danville, AL 35619

• Taxpayer identification number: ▉▉▉705

• Daytime telephone: 256-886-6240

• Plan number: blank


Part I, line 2, Representative

• Name and address: Kimberly A. Ford, Esq., FORDUMAS LLC, 470 Providence Main, Suite 302C, Huntsville, AL 35806

• Check "to be sent copies of notices and communications."

• CAF No.: leave blank if unknown, IRS will assign

• PTIN: enter if she uses one

• Telephone and fax: 256-886-6240; fax 1-800-408-1501


Part I, line 3, Acts authorized


Row 1

Description of matter: Information Returns and Payer File Updates

Tax form number: 1099 series

Years or periods: 12/31/2023, 12/31/2024, 12/31/2025, 12/31/2026


Row 2

Description of matter: Trust Income and Information

Tax form number: 1041

Years or periods: 12/31/2023, 12/31/2024, 12/31/2025, 12/31/2026


Row 3

Description of matter: EIN Assignment and Account Records

Tax form number: SS-4, CP-575, CP-148A

Years or periods: 2024, 2025

Row 4

Description of matter: Civil Penalties related to Information Returns

Tax form number: Civil Penalty

Years or periods: 12/31/2023, 12/31/2024, 12/31/2025, 12/31/2026

Part I, line 4

N/A

Part I, line 5a, Additional acts authorized

• Check Access my IRS records via an Intermediate Service Provider.

• Check Authorize disclosure to third parties, list NASA HR, NSSC, OCFO in your cover letter.

Other acts authorized, text to enter

"Request and receive EIN letters CP-575 and CP-148A, correct payer master files and B-Notice issues, obtain and submit W-9 updates, request reissue of Forms 1099 to EIN ███████705, receive transcripts and account records."

Part I, line 5b, Specific acts not authorized

Enter

"No authority to receive, endorse, or negotiate any payment or refund. No authority to change payee on restitution. Financial routing remains the Trust Restoration Escrow."

Part I, line 6, Retention or revocation

• **Leave unchecked** to revoke any prior 2848 for the same matters.

Part I, line 7, Taxpayer signature

• Sign as the fiduciary for the Trust.

Signature: Kimberly A. Ford, Title: Trustee, or Authorized Fiduciary, Office of the Beneficiary

Print name: Kimberly A. Ford, Print name of taxpayer: Brackins El Private Estate Trust, Restoration Escrow Account

Date: November 16, 2025

Part II, Declaration of representative

• Designation: a

• Licensing jurisdiction: Alabama and Tennessee

• Bar number: AL - ASB-4139-r80f; TN - 026826

• Signature and date

Form **56-F**
(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

## Notice Concerning Fiduciary Relationship of Financial Institution
(Internal Revenue Code sections 6036, 6402, and 6903)
Go to *www.irs.gov/Form56F* for the latest information.

OMB No. 1545-0013

For IRS Use Only

### Part I    Identification

1  Name of person for whom you are acting (as shown on the tax return)

Brackins El Private Estate Trust

2  Employer identification number

█████705

3  Address of financial institution (number, street, and room or suite no.)

Pinnacle Financial Partners, 409 Madison Street

4  City, state, and ZIP code

Huntsville AL 35801

5  Telephone no.

(256) 809-1600

6  Check the applicable box for the type of financial institution:    ☑ Bank    ☐ Thrift
7  Check here ☐ if the financial institution is insolvent.
8  Enter the ending date of the financial institution's tax year (mo., day, yr.): 12 / 31 / 2025

9  Fiduciary's name

Kimberly A. Ford, Esq.

10  Contact person

Kimberly A. Ford

11  Address of fiduciary (number, street, and room or suite no.)

470 Providence Main, Suite 302C

12  City or town, state, and ZIP code

Huntsville, AL 35806

13  Telephone no.

256-886-8240

14  Check the applicable box if the fiduciary is a:
    ☑ Receiver        ☐ Conservator

15  Check this box ☐ if the financial institution is or was a member of a group filing a consolidated return and complete lines 16 to 21 below:
    Lines 16 through 21 are to be completed only if the financial institution is or was a member of a group filing a consolidated return.

16  Name of person for whom you are acting (as shown on the tax return)

17  Employer identification number

18  Address of the common parent (number, street, and room or suite no.)

19  City, state, and ZIP code

20  Check here ☐ if a copy of this form has been sent to the common parent of the group.
21  Enter the tax year(s) that the financial institution is or was a member of the consolidated group: _____

### Part II    Authority

22  Evidence of fiduciary authority. Check applicable box(es), and attach copy of applicable orders:
    a  ☐ Appointment of conservator        b  ☐ Replacement of conservator
    c  ☐ Appointment of receiver           d  ☐ Order of insolvency
    e  ☑ Other evidence of creation of fiduciary relationship (describe): Trust Instr. & Restoration Escrow Acct. Agmt. Lawrence Co. Cir. Court

### Part III    Tax Notices

23  All notices and other written communications with regard to income, employment, and excise taxes of the financial institution (listed on line 1) will be addressed to the fiduciary. Indicate below if other notices and written communications should be addressed to the fiduciary. Include the type of tax, tax periods, or years involved.

All income, escrow, and fiduciary accounting matters of the Brackins El Private Estate Trust (Restoration Escrow Account), tax year 2024 forward.

### Part IV    Revocation or Termination of Notice

Section A—Total Revocation or Termination

24  Evidence of termination or revocation of fiduciary authority (Check applicable box(es)):
    a  ☐ Certified copy of court order revoking fiduciary authority attached.
    b  ☐ Copy of certificate of dissolution or termination of a business entity attached.
    c  ☐ Other evidence of termination of fiduciary relationship (describe): _____

Please Sign Here

Under penalties of perjury, I declare that I have examined this document, including any accompanying statements, and to the best of my knowledge and belief, it is true, correct, and complete.

*Kimberly A. Ford* (signature)

Fiduciary's signature

Fiduciary Agent/Trustee in Equity
Title, if applicable

Date 11/7/25

For Paperwork Reduction Act Notice, see back of form.        Cat. No. 12784J        Form **56-F** (Rev. 12-2022)

Form 56-F (Rev. 12-2022)                                                                                          Page **2**

## Future Developments

For the latest information about developments related to Form 56-F and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form56F.

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

Use Form 56-F to notify the IRS of a fiduciary relationship only if that relationship is with respect to a financial institution (such as a bank or a thrift). Until you notify the IRS of the fiduciary relationship, notices of tax liability sent to the last known address of the taxpayer, or transferee, subject to liability are considered sufficient compliance by the IRS with the requirements of the Internal Revenue Code. However, if the financial institution is a member of a consolidated group, the provisions of Regulations section 1.1502-77 apply to the extent not modified by section 6402(k) and Regulations section 301.6402-7.

In addition, the filing of Form 56-F is a requirement to secure a refund pursuant to section 6402(k) and Regulations section 301.6402-7.

Section 6036 and Regulations section 301.6036-1 state that a notice is required of a receiver in proceedings other than bankruptcy, and other like fiduciaries. Section 6402(k) and Regulations section 301.6402-7 state that a fiduciary of an insolvent financial institution must file Form 56-F to secure its position with respect to any refund that may be available to a consolidated group.

Section 6903 and Regulations section 301.6903-1 state that every person acting in a fiduciary capacity must file a written notice with the IRS.

## Who Should File

Form 56-F should be filed instead of Form 56, Notice Concerning Fiduciary Relationship, by the federal agency acting as a fiduciary (defined below) in order to notify the IRS of the creation, termination, or change in status of a fiduciary relationship with a financial institution.

## Definition

**Fiduciary.** A fiduciary means the Federal Deposit Insurance Corporation, or other federal agency authorized by law to act as a receiver or conservator of a financial institution. The term also includes any federal instrumentality, subsidiary, or agency that is a predecessor or successor of this agency that is so authorized.

## When To File

Form 56-F must be filed with the IRS within 10 days from the date the fiduciary is appointed to act as a receiver or conservator. In addition, it should be filed in every subsequent tax year that the fiduciary continues to act as the receiver or conservator for that financial institution for purposes of section 6402(k).

If a Form 56-F has been filed for a solvent financial institution by the fiduciary and subsequently that financial institution becomes insolvent, the fiduciary should file a new Form 56-F and check the box on line 7.

**Note:** A fiduciary (defined above), who was appointed a fiduciary of a financial institution prior to the issuance of Form 56-F and who still is a fiduciary for the same financial institution, should file Form 56-F with the IRS as soon as possible.

A fiduciary (defined above), who may have previously filed Form 56 for a financial institution, and is still acting as a fiduciary for the same institution, should file a new Form 56-F as soon as possible.

## Where To File

For purposes of section 6402(k) and section 6903, send Form 56-F to the Internal Revenue Service Center where the financial institution for whom the fiduciary is acting files its income tax return.

For purposes of section 6036, send Form 56-F to the Advisory Group Manager of the area office of the IRS having jurisdiction over the person for whom you are acting. See Pub. 4235, Collection Advisory Offices Contact Information, for more information.

## Specific Instructions

### Part I—Identification

**Lines 1–5.** Provide all the requested information concerning the financial institution in this part.

**Line 2.** Section 6109 requires that the taxpayer's identification number must be disclosed. The principal purpose is to identify the financial institution for whom you are acting.

**Line 7.** Check this box if the financial institution is insolvent within the meaning of 12 U.S.C. 191, 12 U.S.C. 1821(c)(5)(A), 12 U.S.C. 1464(d)(2)(A), 12 U.S.C. 1464(d)(2)(C), or any applicable state law (or any successor statute that adopts a substantially similar statute).

**Lines 9–13.** Provide all the requested information regarding the fiduciary in this part. For example, on line 9, enter the full name of the fiduciary (such as the Federal Deposit Insurance Corporation or similar federal agency).

**Line 10.** The contact person should be the individual within the federal agency who has the authority to handle all tax matters on behalf of the financial institution.

**Lines 16–21.** Provide all the requested information in this part concerning the common parent of a consolidated group that includes (or included) the financial institution (if applicable).

If the form is submitted in compliance with the regulations under section 6402(k), the identification number of the common parent should be disclosed.

If the financial institution was a member of more than one consolidated group during any year(s) to which the fiduciary may claim a refund under section 6402(k), then the fiduciary must file a separate Form 56-F providing the information on each parent.

**Line 20.** Check the box if a copy of the form was sent to the appropriate common parent in compliance with Regulations section 301.6402-7.

## Part II—Authority

Check the appropriate box and attach a copy of the appropriate order.

## Part III—Tax Notices

All notices and other written communications with regard to income, employment, and excise taxes of the financial institution will be addressed to the fiduciary, with the exception of notices sent to the common parent under the provisions of Regulations section 1.1502-77. Other notices and written communications will be addressed to the fiduciary only as specified. For example, use this line to identify a transferee tax liability under section 6901.

## Part IV—Revocation or Termination of Notice

Complete this part if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the IRS for the same tax matters and years or periods covered by this notice concerning fiduciary relationships.

## Signature

Sign Form 56-F under penalty of perjury and enter the title describing your role as a fiduciary (receiver or conservator).

**Paperwork Reduction Act Notice.** We ask for the information on the form to carry out the Internal Revenue laws of the United States. You are required to give us the information. We need it to ensure that you are complying with these laws and to allow us to figure and collect the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 56-F will vary depending on individual circumstances. The estimated average time is:

| | |
|---|---|
| Recordkeeping | 7 min. |
| Learning about the law or the form | 28 min. |
| Preparing the form | 41 min. |
| Copying, assembling, and sending the form to the IRS | 14 min. |

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 56-F simpler, we would be happy to hear from you. You can send us comments from www.irs.gov/FormComments. Or you can send your comments to:

Internal Revenue Service
Tax Forms and Publications
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see *Where To File* on this page.

**Form 1041** — Department of the Treasury – Internal Revenue Service
**U.S. Income Tax Return for Estates and Trusts**
Go to www.irs.gov/Form1041 for instructions and the latest information.

**2024**    OMB No. 1545-0092

**A** Check all that apply:
- [ ] Decedent's estate
- [ ] Simple trust
- [✓] Complex trust
- [ ] Qualified disability trust
- [ ] ESBT (S portion only)
- [ ] Grantor type trust
- [ ] Bankruptcy estate – Ch. 7
- [ ] Bankruptcy estate – Ch. 11
- [ ] Pooled income fund

For calendar year 2024 or fiscal year beginning , 2024, and ending , 20

Name of estate or trust (If a grantor type trust, see the instructions.)
**Brackins El Private Estate Trust**

Name and title of fiduciary
**Kimberly A. Ford, TTEE, carrier only**

Number, street, and room or suite no. (If a P.O. box, see the instructions.)
**6675 County Road 203**

City or town, state or province, country, and ZIP or foreign postal code
**Danville, AL 35619**

**C** Employer identification number
**41-6591705**

**D** Date entity created
**07-2024**

**E** Nonexempt charitable and split-interest trusts, check applicable box(es). See instructions.
- [ ] Described in sec. 4947(a)(1). Check here if not a private foundation . . [ ]
- [ ] Described in sec. 4947(a)(2)

**B** Number of Schedules K-1 attached (see instructions) **0**

**F** Check applicable boxes:
- [✓] Initial return
- [ ] Final return
- [ ] Amended return
- [ ] Change in trust's name
- [ ] Change in fiduciary
- [ ] Change in fiduciary's name
- [ ] Net operating loss carryback
- [ ] Change in fiduciary's address

**G** Check here if the estate or filing trust made a section 645 election . . . . . . . . [ ]  Trust TIN

### Income

| | | | |
|---|---|---|---|
| 1 | Interest income . . . . | 1 | 0 |
| 2a | Total ordinary dividends . . . . | 2a | 0 |
| b | Qualified dividends allocable to: (1) Beneficiaries _____ (2) Estate or trust _____ | | |
| 3 | Business income or (loss). Attach Schedule C (Form 1040) . . . | 3 | 0 |
| 4 | Capital gain or (loss). Attach Schedule D (Form 1041) . . . | 4 | 0 |
| 5 | Rents, royalties, partnerships, other estates and trusts, etc. Attach Schedule E (Form 1040) . . | 5 | 0 |
| 6 | Farm income or (loss). Attach Schedule F (Form 1040) . . . | 6 | 0 |
| 7 | Ordinary gain or (loss). Attach Form 4797 . . . | 7 | 0 |
| 8 | Other income. List type and amount _____ | 8 | 0 |
| 9 | **Total income.** Combine lines 1, 2a, and 3 through 8 . . . | 9 | 0 |

### Deductions

| | | | |
|---|---|---|---|
| 10 | Interest. Check if Form 4952 is attached [ ] . . . | 10 | 0 |
| 11 | Taxes . . . . | 11 | 0 |
| 12 | Fiduciary fees. If only a portion is deductible under section 67(e), see instructions . . | 12 | 0 |
| 13 | Charitable deduction (from Schedule A, line 7) . . . | 13 | 0 |
| 14 | Attorney, accountant, and return preparer fees. If only a portion is deductible under section 67(e), see instructions . . | 14 | 0 |
| 15a | Other deductions (attach schedule). See instructions for deductions allowable under section 67(e) | 15a | 0 |
| b | Net operating loss deduction. See instructions . . . | 15b | 0 |
| 16 | Add lines 10 through 15b . . . | 16 | 0 |
| 17 | Adjusted total income or (loss). Subtract line 16 from line 9 . . . . . 17 | 0 | |
| 18 | Income distribution deduction (from Schedule B, line 15). Attach Schedules K-1 (Form 1041) . . | 18 | 0 |
| 19 | Estate tax deduction including certain generation-skipping taxes (attach computation) . . . | 19 | 0 |
| 20 | Qualified business income deduction. Attach Form 8995 or 8995-A . . | 20 | 0 |
| 21 | Exemption . . . | 21 | 0 |
| 22 | Add lines 18 through 21 . . . | 22 | 0 |

### Tax and Payments

| | | | |
|---|---|---|---|
| 23 | Taxable income. Subtract line 22 from line 17. If a loss, see instructions . . . | 23 | 0 |
| 24 | **Total tax** (from Schedule G, Part I, line 9) . . . | 24 | 0 |
| 25 | Current year net 965 tax liability paid from Form 965-A, Part II, column (k) (see instructions) . . | 25 | 0 |
| 26 | **Total payments** (from Schedule G, Part II, line 19) . . . | 26 | 0 |
| 27 | Estimated tax penalty. See instructions . . . | 27 | 0 |
| 28 | **Tax due.** If line 26 is smaller than the total of lines 24, 25, and 27, enter amount owed . . . | 28 | 0 |
| 29 | **Overpayment.** If line 26 is larger than the total of lines 24, 25, and 27, enter amount overpaid . . | 29 | 0 |
| 30 | Amount of line 29 to be: a Credited to 2025 ; b Refunded . . . | 30 | 0 |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

*Kimberly A. Ford, TTEE*  11-14-25
Signature of fiduciary or officer representing fiduciary    Date    EIN of fiduciary if a financial institution

May the IRS discuss this return with the preparer shown below? See instructions [✓] Yes [ ] No

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature | Date | Check [ ] if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name | | | Firm's EIN | |
| Firm's address | | | Phone no. | |

For Paperwork Reduction Act Notice, see the separate instructions.    Cat. No. 11370H    Form **1041** (2024)

Form 1041 (2024)    Page **2**

| Schedule A | Charitable Deduction. Don't complete for a simple trust or a pooled income fund. | | |
|---|---|---|---|
| 1 | Amounts paid or permanently set aside for charitable purposes from gross income. See instructions | 1 | |
| 2 | Tax-exempt income allocable to charitable contributions. See instructions | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Capital gains for the tax year allocated to corpus and paid or permanently set aside for charitable purposes | 4 | |
| 5 | Add lines 3 and 4 | 5 | |
| 6 | Section 1202 exclusion allocable to capital gains paid or permanently set aside for charitable purposes. See instructions | 6 | |
| 7 | **Charitable deduction.** Subtract line 6 from line 5. Enter here and on page 1, line 13 | 7 | |

| Schedule B | Income Distribution Deduction | | |
|---|---|---|---|
| 1 | Adjusted total income. See instructions | 1 | |
| 2 | Adjusted tax-exempt interest | 2 | |
| 3 | Total net gain from Schedule D (Form 1041), line 19, column (1). See instructions | 3 | |
| 4 | Enter amount from Schedule A, line 4 (minus any allocable section 1202 exclusion) | 4 | |
| 5 | Capital gains for the tax year included on Schedule A, line 1. See instructions | 5 | |
| 6 | Enter any gain from page 1, line 4, as a negative number. If page 1, line 4, is a loss, enter the loss as a positive number | 6 | |
| 7 | **Distributable net income.** Combine lines 1 through 6. If zero or less, enter -0- | 7 | |
| 8 | If a complex trust, enter accounting income for the tax year as determined under the governing instrument and applicable local law | 8 | |
| 9 | Income required to be distributed currently | 9 | |
| 10 | Other amounts paid, credited, or otherwise required to be distributed | 10 | |
| 11 | Total distributions. Add lines 9 and 10. If greater than line 8, see instructions | 11 | |
| 12 | Enter the amount of tax-exempt income included on line 11 | 12 | |
| 13 | Tentative income distribution deduction. Subtract line 12 from line 11 | 13 | |
| 14 | Tentative income distribution deduction. Subtract line 2 from line 7. If zero or less, enter -0- | 14 | |
| 15 | **Income distribution deduction.** Enter the smaller of line 13 or line 14 here and on page 1, line 18 | 15 | |

| Schedule G | Tax Computation and Payments (see instructions) | | |
|---|---|---|---|
| **Part I — Tax Computation** | | | |
| 1 | **Tax:** | | |
| a | Tax on taxable income. See instructions | 1a | |
| b | Tax on lump-sum distributions. Attach Form 4972 | 1b | |
| c | Alternative minimum tax (from Schedule I (Form 1041), line 54) | 1c | |
| d | Amount from Form 4255, Part I, line 3, column (q) | 1d | |
| e | Total. Add lines 1a through 1d | 1e | |
| 2a | Foreign tax credit. Attach Form 1116 | 2a | |
| b | General business credit. Attach Form 3800 | 2b | |
| c | Credit for prior year minimum tax. Attach Form 8801 | 2c | |
| d | Bond credits. Attach Form 8912 | 2d | |
| e | Total credits. Add lines 2a through 2d | 2e | |
| 3 | Subtract line 2e from line 1e. If zero or less, enter -0- | 3 | |
| 4 | Tax on the ESBT portion of the trust (from ESBT Tax Worksheet, line 17). See instructions | 4 | |
| 5 | Net investment income tax from Form 8960, line 21 | 5 | |
| 6a | Amount from Form 4255, Part I, line 3, column (r) | 6a | |
| b | Recapture tax from Form 8611 | 6b | |
| c | Other recapture taxes: | 6c | |
| 7 | Household employment taxes. Attach Schedule H (Form 1040) | 7 | |
| 8 | Other taxes and amounts due | 8 | |
| 9 | **Total tax.** Add lines 3 through 8. Enter here and on page 1, line 24 | 9 | |

Form **1041** (2024)

Form 1041 (2024)                                                                                                   Page 3

## Schedule G    Tax Computation and Payments (see instructions) (continued)

### Part II — Payments

| | | | |
|---|---|---|---|
| 10 | Current year's estimated tax payments and amount applied from preceding year's return . . . . | 10 | |
| 11 | Estimated tax payments allocated to beneficiaries (from Form 1041-T) . . . . . . . . . . . . | 11 | |
| 12 | Subtract line 11 from line 10 . . . . . . . . . . . . . . . . . . . . . . . . . | 12 | |
| 13 | Tax paid with Form 7004. See instructions . . . . . . . . . . . . . . . . . . . . | 13 | |
| 14 | Federal income tax withheld. If any is from Form(s) 1099, check here ☐ . . . . . . . . . | 14 | |
| 15 | Current year net 965 tax liability from Form 965-A, Part I, column (f) (see instructions) . . . . . | 15 | |
| 16 | Payments from Form 2439 . . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| 17 | Payments from Form 4136 . . . . . . . . . . . . . . . . . . . . . . . . . . | 17 | |
| 18a | Elective payment election amount from Form 3800 . . . . . . . . . . . . . . . . . | 18a | |
| b | Other credits or payments (see instructions) . . . . . . . . . . . . . . . . . . . . | 18b | |
| 19 | **Total payments.** Add lines 12 through 18b. Enter here and on page 1, line 26 . . . . . . . . | 19 | |

### Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | Did the estate or trust receive tax-exempt income? If "Yes," attach a computation of the allocation of expenses. Enter the amount of tax-exempt interest income and exempt-interest dividends . . . . $ _____ | | |
| 2 | Did the estate or trust receive all or any part of the earnings (salary, wages, and other compensation) of any individual by reason of a contract assignment or similar arrangement? . . . . . . . . . . . . . . . | | |
| 3 | At any time during calendar year 2024, did the estate or trust have an interest in or a signature or other authority over a bank, securities, or other financial account in a foreign country? . . . . . . . . . . . . . . | | |
| | See the instructions for exceptions and filing requirements for FinCEN Form 114. If "Yes," enter the name of the foreign country _____ | | |
| 4 | During the tax year, did the estate or trust receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the estate or trust may have to file Form 3520. See instructions . . . . . . . . . | | |
| 5 | Did the estate or trust receive, or pay, any qualified residence interest on seller-provided financing? If "Yes," see the instructions for the required attachment . . . . . . . . . . . . . . . . . . . . . . . | | |
| 6 | If this is an estate or a complex trust making the section 663(b) election, check here. See instructions . . . ☐ | | |
| 7 | To make a section 643(e)(3) election, attach Schedule D (Form 1041), and check here. See instructions . . . ☐ | | |
| 8 | If the decedent's estate has been open for more than 2 years, attach an explanation for the delay in closing the estate, and check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ | | |
| 9 | Are any present or future trust beneficiaries skip persons? See instructions . . . . . . . . . . . . . | | |
| 10 | Was the trust a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 11a | Did the estate or trust distribute S corporation stock for which it made a section 965(i) election? . . . . . . | | |
| b | If "Yes," did each beneficiary enter into an agreement to be liable for the net tax liability? See instructions . . . | | |
| 12 | Did the estate or trust either make a section 965(i) election or enter into a transfer agreement as an eligible section 965(i) transferee for S corporation stock held on the last day of the tax year? See instructions . . . . . . . | | |
| 13 | At any time during the tax year, did the estate or trust (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 14 | **ESBTs only.** Does the ESBT have a nonresident alien grantor? If "Yes," see instructions . . . . . . . . | | |
| 15 | **ESBTs only.** Did the S portion of the trust claim a qualified business income deduction? If "Yes," see instructions | | |

Form **1041** (2024)

ELECTRONICALLY FILED
3/7/2026 6:50 PM
46-CV-2026-900456.00
CIRCUIT COURT OF
MADISON COUNTY, ALABAMA
DEBRA KIZER, CLERK

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA PA  19255-0023

Date of this notice:  11-12-2025

Employer Identification Number:
■■■■■705

Form:  SS-4

Number of this notice:  CP 575 D

001912.718255.101178.31973 1 MB 0.672 532

BRACKINS EL PRIVATE ESTATE TRUST- R
ESTORATION ESCROW ACCOUNT
KIMBERLY A FORD TTEE
6675 COUNTY ROAD 203
DANVILLE AL  35619

001912

For assistance you may call us at
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN ■■■■■705.  This EIN will identify your estate or trust.  If you are not the
applicant, please contact the individual who is handling the estate or trust for you.
Please keep this notice in your permanent records.

Taxpayers request an EIN for their business.  Some taxpayers receive CP575 notices
when another person has stolen their identity and are opening a business using their
information.  If you did not apply for this EIN, please visit, www.irs.gov/
einnotrequested.

When filing tax documents, making payments, or replying to any related correspondence,
it is very important that you use your EIN and complete name and address exactly as
shown above.  Any variation may cause a delay in processing, result in incorrect
information in your account, or even cause you to be assigned more than one EIN.  If
the information is not correct as shown above, please make the correction using the
attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the
following forms by the dates shown.

                    Form 1041                          11/06/2025

If you have questions about the forms or the due dates shown, you can call us at the
phone number or write to us at the address shown at the top of this notice.  If you
need help in determining your annual accounting period (tax year), see Publication
538, Accounting Periods and Methods.

We assigned you a tax classification (corporation, partnership, estate, trust, EPMF,
etc.) based on information obtained from you or your representative.  It is not a
legal determination of your tax classification and is not binding on the IRS.  If you
want a legal determination of your tax classification, you may request a private
letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1
I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax
classification elections can be requested by filing Form 8832, Entity Classification
Election.  See Form 8832 and its instructions for additional information.

(IRS USE ONLY)     575D          11-12-2025   BRAC  B  0509907037  SS-4

IMPORTANT REMINDERS:

* Keep a copy of this notice in your permanent records.  This notice is issued
  only one time and IRS will not be able to generate a duplicate copy for you.
  You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice
  on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

* Provide future officers of your organization with a copy of this notice.

Your name control associated with this EIN is BRAC.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

Safeguard your EIN by referring to Publication 4557, Safeguarding Taxpayer Data:
A Guide for Your Business.

You can get any of the forms or publications mentioned in this letter by visiting our
website at www.irs.gov/forms-pubs or by calling 800-TAX-FORM (800-829-3676).

If you have questions about your EIN, you can contact us at the phone number or
address listed at the top of this notice.  If you write, please tear off the stub at
the bottom of this notice and include it with your letter.  If you do not need to
write us, do not complete, and return this stub.

Thank you for your cooperation.

DOCUMENT 3

(IRS USE ONLY)  575D  11-12-2025  BRAC  B  0509907037  SS-4



001912

Keep this part for your records.  CP 575 D (Rev. 1-2022)

-----------------------------------------------------------------------------------------------------

Return this part with any correspondence
so we may identify your account.  Please
correct any errors in your name or address.

CP 575 D

0509907037

| Your Telephone Number | Best Time to Call | DATE OF THIS NOTICE: 11-12-2025 |
| ( ) - | | EMPLOYER IDENTIFICATION NUMBER: 705 |
| | | FORM: SS-4    NOBOD |

BRACKINS EL PRIVATE ESTATE TRUST- |
 ESTORATION ESCROW ACCOUNT
KIMBERLY A FORD TTEE
6675 COUNTY ROAD 203
DANVILLE  AL  35619

INTERNAL REVENUE SERVICE
PHILADELPHIA  PA  19255-0023

## SUPPLEMENTAL DEED OF TRUST AND APPOINTMENT OF TRUSTEE

### BRACKINS EL PRIVATE ESTATE TRUST
### RESTORATION ESCROW ACCOUNT
#### A Private Irrevocable Complex Trust Existing in Equity

THIS SUPPLEMENTAL DEED OF TRUST AND APPOINTMENT OF TRUSTEE (hereinafter "Deed") is made and entered into on this ___ day of _July_, 2022 by and between:

**GRANTOR:** █████████ a living man, acting in his private capacity as Grantor, of the Brackins El Private Estate Trust

c/o 6675 County Road 203
Danville, Alabama 35619
(hereinafter referred to as "Grantor")

**TRUSTEE:** Kimberly Adina Ford, Esq., TTEE
Fiduciary Agent/Trustee in Equity
Attorney of Record and Fiduciary Counsel
FORDUMAS Law, Consulting and Mediation Firm
470 Providence Main, Suite 302C
Huntsville, Alabama 35806
Telephone: 256-886-6240
Facsimile: 800-408-1501
Email: kimberly@fordumas.com, Alabama State Bar No. ASB-4139-R80F
(hereinafter referred to as "Trustee")

**BENEFICIARY:** █████████, in his private capacity
c/o 6675 County Road 203
Danville, Alabama 35619
(hereinafter referred to as "Beneficiary")

### RECITALS

WHEREAS, the Grantor established the original Brackins Declaration of Trust on or about January 2, 2022, which was subsequently recorded in Morgan County, Alabama, and supplemented by an Affidavit of Ownership of Certificate of Title and Registered Securities recorded on June 23, 2022, in Morgan County Probate (MISC Book 2022, Pages 6926-6928), and an Affidavit of Truth and UCC-1 Financing Statement recorded on August 9, 2022, in Morgan County Probate (MISC Book 2022, Pages 26612-26616); and

**WHEREAS,** the Trust was reconstituted and reorganized as a private irrevocable complex trust in or about July 2024, as reflected in the Trust's federal tax filings; and

**WHEREAS,** the Grantor executed a Durable Power of Attorney on June 13, 2025, notarized in Morgan County, Alabama, and filed an Affidavit of Declaration of Irrevocable Trust on June 27, 2025, recorded at the Lawrence County Probate Office (Instrument No. 6002733), and a Supplemental Correction and Jurisdictional Addendum on July 23, 2025, recorded at the Lawrence County Probate Office (Instrument No. 6003105); and

**WHEREAS,** the Internal Revenue Service assigned Employer Identification Number 41-6591705 to the Brackins El Private Estate Trust, Restoration Escrow Account, by Notice CP 575 D dated November 12, 2025, designating Kimberly A. Ford as TTEE (Trustee); and

**WHEREAS,** the Trustee executed and filed the Trust's initial U.S. Income Tax Return for Estates and Trusts (IRS Form 1041) for tax year 2024 on November 19, 2025, and filed IRS Form 56-F (Notice Concerning Fiduciary Relationship of Financial Institution) with respect to the Trust's account at Pinnacle Financial Partners, 409 Madison Street, Huntsville, Alabama 35801, and filed IRS Form 2848 (Power of Attorney and Declaration of Representative) authorizing the Trustee to act on behalf of the Trust in all income, escrow, and fiduciary accounting matters from tax year 2024 forward; and

**WHEREAS,** a Trust Instrument and Restoration Escrow Account Agreement have been filed with the Lawrence County Circuit Court, as referenced in the Form 56-F; and

**WHEREAS,** the Grantor desires to formally memorialize and confirm the appointment of Kimberly Adina Ford, Esq., as Trustee of the Trust, and to set forth the powers, duties, and obligations of the Trustee in a comprehensive instrument that supplements and is consistent with all prior Trust instruments; and

**WHEREAS,** the Trustee has agreed to accept and continue to perform the duties, responsibilities, and obligations of the office of Trustee as set forth herein and in all prior Trust instruments;

**NOW, THEREFORE,** in consideration of the mutual covenants and agreements contained herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Grantor hereby declares, confirms, and supplements the Trust as follows:

## ARTICLE I: NAME, IDENTIFICATION, AND ESTABLISHMENT

**Section 1.1. Name.** The Trust shall be known as the **"Brackins El Private Estate Trust,"** (hereinafter referred to as the "Trust"). The Trust may also be

referenced as the "Brackins El Private Estate Trust" or the "Brackins El Trust" in filings, correspondence, and legal proceedings.

**Section 1.2. Establishment and Continuity.** This Deed supplements and confirms the Trust originally established by the Brackins Declaration of Trust dated January 2, 2022, as subsequently amended, supplemented, and reconstituted through the instruments identified in the Recitals above. This Deed does not create a new trust but rather memorializes, confirms, and supplements the existing Trust and the appointment of the Trustee.

**Section 1.3. Tax Identification.** The Trust has been assigned Employer Identification Number 41-6591705 by the Internal Revenue Service, as confirmed by IRS Notice CP 575 D dated November 12, 2025. The Trust is classified as a complex trust for federal income tax purposes.

**Section 1.4. Situs.** The principal situs of this Trust shall be Lawrence County, Alabama, where the Trust's foundational instruments are recorded. The Trust's mailing address is 6675 County Road 203, Danville, Alabama 35619. The Trust's telephone number is 256-886-6240.

**Section 1.5. Financial Institution.** The Trust maintains accounts at Pinnacle Financial Partners, 409 Madison Street, Huntsville, Alabama 35801, as reflected in IRS Form 56-F filed by the Trustee.

**Section 1.6. Private Nature.** The Trust is a private estate existing in equity. Its terms, assets, and administration are confidential and shall not be disclosed to any person or entity except as required by law, by order of a court of competent jurisdiction, or as necessary to protect the rights of the Trust and its Beneficiary in judicial or administrative proceedings. No statement in this Deed or in any filing made on behalf of the Trust shall be deemed a waiver of Trust separation or construed as a submission to any foreign or statutory jurisdiction. All rights and remedies are expressly reserved without prejudice pursuant to UCC Section 1-308.

**ARTICLE II: APPOINTMENT AND CONFIRMATION OF TRUSTEE**

**Section 2.1. Appointment.** The Grantor hereby formally appoints, confirms, and ratifies the appointment of **Kimberly Adina Ford, Esq.**, as the Trustee of the Trust, effective nunc pro tunc to the date of the IRS Notice CP 575 D (November 12, 2025), which designated Kimberly A. Ford as TTEE of the Trust.

**Section 2.2. Titles and Capacities.** The Trustee shall hold and may use the following titles in connection with the administration of the Trust and in all filings, correspondence, and legal proceedings on behalf of the Trust:

(a) **TTEE (Trustee)**, as designated by the Internal Revenue Service;

(b) **Fiduciary Agent/Trustee in Equity**, as designated in IRS Form 56-F;

(c) **Attorney of Record and Fiduciary Counsel**, in her capacity as a licensed attorney representing the Trust in legal proceedings; and

(d) Such other titles as may be appropriate to the Trustee's role and consistent with the purposes of the Trust.

**Section 2.3. Acceptance.** The Trustee hereby accepts the appointment and agrees to hold, administer, and protect the Trust Estate in accordance with the terms of this Deed, all prior Trust instruments, and her fiduciary duties under the laws of the State of Alabama.

### ARTICLE III: PURPOSE OF THE TRUST

**Section 3.1. General Purpose.** The Trust is established and maintained for the following purposes:

(a) To hold, protect, manage, and administer the Trust Estate (as defined in Article IV) for the benefit of the Beneficiary;

(b) To protect and prosecute all legal claims, causes of action, constitutional rights, and employment rights belonging to or arising from the interests of the Beneficiary, including but not limited to claims arising under the United States Constitution, 42 U.S.C. Sections 1983 and 1985, the Whistleblower Protection Act (5 U.S.C. Section 2302), the Family and Medical Leave Act (29 U.S.C. Section 2601 et seq.), the Americans with Disabilities Act (42 U.S.C. Section 12101 et seq.), Title VII of the Civil Rights Act of 1964 (42 U.S.C. Section 2000e et seq.), and any other federal or state statute, regulation, or common law doctrine;

(c) To preserve and defend the Beneficiary's right of access to the courts of the United States and the State of Alabama, including the right to petition for redress of grievances under the First Amendment to the United States Constitution;

(d) To hold, manage, and protect real and personal property, financial assets, intellectual property, and any other assets transferred to the Trust by the Grantor or acquired by the Trust in the course of its administration;

(e) To receive, hold, and distribute any monetary awards, settlements, judgments, back pay, compensatory damages, punitive damages, or other relief obtained through the prosecution of the Beneficiary's legal claims;

(f) To maintain the Trust's accounts, file all required federal, state, and local tax returns, and comply with all applicable reporting obligations; and

(g) To carry out any other lawful purpose consistent with the protection and advancement of the Beneficiary's rights and interests.

### ARTICLE IV: TRUST ESTATE

**Section 4.1. Initial Trust Estate.** The Trust Estate consists of all property, rights, and interests previously transferred to the Trust through the instruments identified in the Recitals, together with the following:

(a) All legal claims, causes of action, and rights of action currently pending or hereafter arising, including but not limited to those identified in Article III, Section 3.1(b), and those specifically enumerated in Schedule A attached hereto;

(b) All rights to back pay, front pay, compensatory damages, punitive damages, attorney's fees, costs, and any other monetary or equitable relief arising from the prosecution of such claims;

(c) All employment rights, benefits, and entitlements arising from the Beneficiary's employment with the National Aeronautics and Space Administration (NASA), Marshall Space Flight Center, Huntsville, Alabama;

(d) All real and personal property, tangible and intangible, previously transferred to the Trust or hereafter transferred by the Grantor or any other person;

(e) All funds held in the Trust's accounts at Pinnacle Financial Partners and any other financial institution; and

(f) All income, proceeds, and appreciation derived from the foregoing.

**Section 4.2. Additional Contributions.** The Grantor or any other person may, from time to time, transfer additional property to the Trust by delivering such property to the Trustee with a written instrument identifying the property and expressing the intent that it be held as part of the Trust Estate.

**Section 4.3. Acceptance.** The Trustee hereby confirms acceptance of the Trust Estate and agrees to hold, administer, and distribute the same in accordance with the terms of this Deed and all prior Trust instruments.

### ARTICLE V: POWERS AND DUTIES OF THE TRUSTEE

**Section 5.1. General Powers.** The Trustee shall have all powers necessary and appropriate to carry out the purposes of this Trust, including but not limited to the following:

(a) **Power to Litigate.** The Trustee shall have full power and authority to initiate, prosecute, defend, settle, compromise, or otherwise resolve any legal claim, cause of action, or proceeding on behalf of the Trust and its Beneficiary in any court of competent jurisdiction, including but not limited to the United States District Courts, the United States Courts of Appeals, the United States Supreme Court, the Merit Systems Protection Board, the Equal Employment Opportunity Commission, and any state court or administrative tribunal.

(b) **Power to Retain Counsel.** The Trustee may retain such legal counsel, experts, consultants, and other professionals as the Trustee deems necessary or advisable for the administration of the Trust and the prosecution of its legal claims. The Trustee, being a licensed attorney, may also serve as counsel of record for the Trust in any proceeding.

(c) **Power to Manage Property.** The Trustee shall have full power and authority to acquire, hold, manage, invest, reinvest, sell, convey, exchange, lease, mortgage, pledge, or otherwise dispose of any property constituting part of the Trust Estate.

(d) **Power to Execute Documents.** The Trustee shall have full power and authority to execute, acknowledge, and deliver any and all instruments, documents, and agreements necessary or appropriate to carry out the purposes of this Trust.

(e) **Power to Open and Manage Accounts.** The Trustee shall have the power to open and maintain bank accounts, brokerage accounts, escrow accounts, and other financial accounts in the name of the Trust, including the existing account at Pinnacle Financial Partners.

(f) **Power to Collect and Distribute.** The Trustee shall have the power to collect all income, proceeds, awards, settlements, and other sums due to the Trust and to distribute the same to the Beneficiary in accordance with the terms of this Deed.

(g) **Power to File Tax Returns and IRS Forms.** The Trustee shall have the power and duty to file all required federal, state, and local tax returns on behalf of the Trust using the Trust's EIN (41-6591705), including but not limited to IRS Form 1041 (U.S. Income Tax Return for Estates and Trusts), IRS Form 56-F (Notice Concerning Fiduciary Relationship of Financial Institution), IRS Form 2848 (Power of Attorney and Declaration of Representative), and all 1099-series information returns.

(h) **Power to Act as Fiduciary Agent.** The Trustee shall have the power to act as Fiduciary Agent/Trustee in Equity in all matters relating to the Trust's financial accounts, tax obligations, and fiduciary relationships with financial institutions.

**Section 5.2. Fiduciary Duty.** The Trustee shall administer the Trust in good faith, in accordance with its terms and purposes, and in the best interests of the Beneficiary. The Trustee shall exercise the care, skill, prudence, and diligence that a reasonably prudent person acting in a like capacity would exercise under the circumstances. The Trustee owes the highest duty of loyalty to the Beneficiary and shall not engage in any self-dealing or conflict of interest.

**Section 5.3. Duty to Defend.** The Trustee shall have an affirmative duty to defend the Trust Estate and the rights of the Beneficiary against all threats, claims, encumbrances, and adverse actions, whether arising from private parties, state actors, or federal officials. This duty includes, without limitation, the obligation to:

(a) Challenge any judicial order, administrative action, or disciplinary proceeding that threatens the integrity of the Trust or the constitutional rights of the Beneficiary;

(b) Seek emergency relief, including temporary restraining orders, preliminary injunctions, writs of mandamus, and writs of prohibition, when the Trust's interests or the Beneficiary's liberty are at risk;

(c) File petitions, motions, notices, and other documents in any court or administrative tribunal as necessary to protect the Trust and the Beneficiary; and

(d) Resist any attempt by any person, entity, court, or agency to interfere with the Trustee's access to the courts or the Trustee's ability to fulfill her fiduciary obligations.

**Section 5.4. Duty to Account.** The Trustee shall maintain accurate and complete records of all Trust transactions, assets, liabilities, income, and distributions. The Trustee shall provide an annual accounting to the Beneficiary upon request.

**Section 5.5. Compensation.** The Trustee shall be entitled to reasonable compensation for services rendered in the administration of the Trust, including but not limited to legal fees for services performed in the Trustee's capacity as counsel for the Trust. Such compensation shall be paid from the Trust Estate.

## ARTICLE VI: RIGHTS OF THE BENEFICIARY

**Section 6.1. Right to Distributions.** The Beneficiary shall be entitled to receive distributions from the Trust Estate as determined by the Trustee in the Trustee's sole discretion, consistent with the purposes of the Trust.

**Section 6.2. Right to Information.** The Beneficiary shall have the right to receive information about the Trust's administration, assets, and liabilities upon reasonable request.

**Section 6.3. Right to Petition.** The Beneficiary shall retain the right to petition any court of competent jurisdiction for relief related to the administration of the Trust, the conduct of the Trustee, or the protection of the Beneficiary's rights under the Trust.

**Section 6.4. Spendthrift Provision.** No interest of the Beneficiary in the Trust Estate or in any distribution from the Trust shall be subject to anticipation, alienation, assignment, attachment, garnishment, levy, execution, or any other legal or equitable process by any creditor of the Beneficiary, except as otherwise required by applicable law. This provision is intended to constitute a spendthrift trust under Ala. Code Section 19-3B-502.

## ARTICLE VII: IRREVOCABILITY

**Section 7.1. Irrevocable Trust.** This Trust is irrevocable. The Grantor hereby relinquishes all right, title, and interest in and to the Trust Estate and all power to alter, amend, revoke, or terminate this Trust, except as expressly provided herein.

**Section 7.2. Amendment.** This Deed and the Trust may be amended only by a written instrument signed by both the Trustee and the Beneficiary, and only to the extent that such amendment is consistent with the purposes of the Trust and does not violate any applicable law. Any amendment shall be recorded in the same manner as this Deed.

## ARTICLE VIII: SUCCESSOR TRUSTEE

**Section 8.1. Resignation.** The Trustee may resign by providing thirty (30) days' written notice to the Beneficiary. Such resignation shall not take effect until a successor Trustee has been appointed and has accepted the Trust.

**Section 8.2. Removal.** The Beneficiary may remove the Trustee for cause by petition to a court of competent jurisdiction.

**Section 8.3. Appointment of Successor.** In the event of the Trustee's resignation, removal, incapacity, or death, the Beneficiary shall have the right to appoint a successor Trustee by written instrument. Any successor Trustee must be a licensed attorney in good standing in at least one jurisdiction of the United States.

**Section 8.4. Vesting in Successor.** Upon acceptance of the Trust by a successor Trustee, all rights, powers, duties, and obligations of the Trustee under this Deed and all prior Trust instruments shall vest in the successor Trustee without the necessity of any further act or conveyance.

## ARTICLE IX: TERMINATION

**Section 9.1. Termination Events.** This Trust shall terminate upon the earliest of the following:

(a) The final resolution of all legal claims, causes of action, and proceedings held by or on behalf of the Trust, and the distribution of all remaining Trust assets to the Beneficiary;

(b) The written agreement of the Trustee and the Beneficiary to terminate the Trust, provided that all pending legal matters have been resolved or transferred to the Beneficiary; or

(c) The operation of law.

**Section 9.2. Distribution Upon Termination.** Upon termination of the Trust, the Trustee shall distribute all remaining Trust assets to the Beneficiary, or to the Beneficiary's estate if

the Beneficiary is deceased, after payment of all outstanding debts, obligations, and expenses of the Trust.

## ARTICLE X: GOVERNING LAW AND GENERAL PROVISIONS

**Section 10.1. Alabama Law.** This Deed shall be governed by, construed, and enforced in accordance with the laws of the State of Alabama, including the Alabama Uniform Trust Code, Ala. Code Section 19-3B-101 et seq. (2006), as amended.

**Section 10.2. Severability.** If any provision of this Deed is held to be invalid, illegal, or unenforceable by a court of competent jurisdiction, such holding shall not affect the validity, legality, or enforceability of the remaining provisions, which shall continue in full force and effect.

**Section 10.3. Consistency with Prior Instruments.** This Deed is intended to supplement and be consistent with all prior Trust instruments identified in the Recitals. In the event of any conflict between this Deed and any prior instrument, this Deed shall control to the extent of such conflict.

**Section 10.4. Headings.** The headings and titles of the Articles and Sections of this Deed are for convenience of reference only and shall not affect the interpretation or construction of any provision hereof.

**Section 10.5. Reservation of Rights.** All rights and remedies of the Trust, the Trustee, and the Beneficiary are expressly reserved without prejudice pursuant to UCC Section 1-308. No statement in this Deed shall be deemed a waiver of Trust separation or construed as a submission to any foreign or statutory jurisdiction.

## ARTICLE XI: EXECUTION

**IN WITNESS WHEREOF,** the Grantor and the Trustee have executed this Supplemental Deed of Trust and Appointment of Trustee as of the date first written above.

**GRANTOR:**

████████████, Grantor, UCC Section 1-308
Brackins El Private Estate Trust Date:

**ACKNOWLEDGMENT OF GRANTOR**

**STATE OF ALABAMA**
**COUNTY OF MADISON**

Before me, the undersigned Notary Public in and for said State and County, on this ___4th___ day of ___March_____ __, 2026 personally appeared ██████████ ██, known to me ( or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity as Grantor, Settlor, and Executor of the Brackins El Private Estate Trust, and that by his signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Nakila Gipson

Notary Public
State of Alabama

My Commission Expires: 8-2 3-2 7



TRUSTEE:

Kimberly Adina Ford, Esq., TTEE/Fiduciary Agent/Trustee in Equity Attorney of Record and Fiduciary Counsel
FORDUMAS Law, Consulting and Mediation Firm
Alabama State Bar No: ASB-4139-R80F
Date: 3/4/26

## ACKNOWLEDGMENT OF TRUSTEE

**STATE OF ALABAMA**
**COUNTY OF MADISON**

Before me, the undersigned Notary Public in and for said State and County, on this 4th ___ day of March, 2026, personally appeared **Kimberly Adina Ford**, known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that she executed the same in her authorized capacity as Trustee (TTEE) and Fiduciary Agent/Trustee in Equity of the Brackins El Private Estate Trust, Restoration Escrow Account, and that by her signature on the instrument, the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

8-23-27



Notary Public
State of Alabama
My Commission Expires:

# SCHEDULE A: TRUST ESTATE

The following property and rights constitute the Trust Estate, in addition to all property previously transferred to the Trust through the instruments identified in the Recitals:

## I. Legal Claims and Causes of Action

1. All legal claims, causes of action, and rights of action arising from the Beneficiary's employment with the National Aeronautics and Space Administration (NASA), Marshall Space Flight Center, Huntsville, Alabama, including but not limited to claims of wrongful termination, retaliation, whistleblower protection violations, FMLA violations, ADA violations, and Title VII violations.

2. All constitutional claims arising under the First, Fifth, and Fourteenth Amendments to the United States Constitution, including claims of denial of access to courts, denial of due process, and retaliation for the exercise of the right to petition for redress of grievances.

3. All claims arising under 42 U.S.C. Sections 1983 and 1985 against any person acting under color of state or federal law who has deprived or conspired to deprive the Beneficiary of his constitutional rights.

4. All claims pending before the Merit Systems Protection Board, the Equal Employment Opportunity Commission, the United States District Court for the Northern District of Alabama, the United States Court of Appeals for the Eleventh Circuit, and any other court or administrative tribunal, including but not limited to:

(a) Case No. 5:25-cv-01568 (N.D. Ala.)

(b) Case No. 5:25-cv-01600 (N.D. Ala.)

(c) Case No. 5:25-cv-01607 (N.D. Ala.)

(d) Case No. 5:25-cv-01685 (N.D. Ala.)

(e) Case No. 5:26-cv-00256-LCB (N.D. Ala.)

(f) Case No. 26-10250 (11th Cir.) (Ford v. Burke)

(g) Case No. 26-10607-B (11th Cir.) (Mandamus, now closed)

(h) Any and all related or successor proceedings.

## II. Monetary Rights

5. All rights to back pay, front pay, compensatory damages, punitive damages, attorney's fees, costs, and any other monetary or equitable relief arising from the prosecution of the claims identified above.

## III. Property and Financial Assets

6. All funds held in the Trust's accounts at Pinnacle Financial Partners, 409 Madison Street, Huntsville, Alabama 35801, and any other financial institution.

7. All real and personal property, tangible and intangible, previously transferred to the Trust through the Beneficial Ownership Affidavit recorded June 23, 2022, in Morgan County Probate (MISC Book 2022, Pages 6926-6928), including all rights in lands, tenements, and hereditaments in Lawrence County, Alabama.

8. All interests secured by the UCC-1 Financing Statement recorded August 9, 2022, in Morgan County Probate (MISC Book 2022, Pages 26612-26616).

## IV. Intellectual Property

USCA11 Case: 26-10250   Document: 9   Date Filed: 03/06/2026   Page: 95 of 159

9. All copyright interests and intellectual property rights held by or on behalf of the Beneficiary, as documented in the Copyright filing.

## V. General

10. All income, proceeds, appreciation, and after-acquired property derived from the foregoing.

---

*END OF SUPPLEMENTAL DEED OF TRUST AND APPOINTMENT OF TRUSTEE*

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 28 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 1 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 96 of 150

FILED
2025 Jul-31 AM 09:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

## NOTICE OF EX PARTE PRIVATE TRUST MATTER

This record is entered for evidentiary and notice purposes only. Nothing herein shall be construed as a voluntary submission to jurisdiction or public adjudication. Entry into the record does not waive any rights, remedies, or private status.

This documents is being recorded on the public record for the sole purpose of giving constructive notice of the existence of a private trust. This document, its terms, and its parties remain private, non-public, and are not submitted for adjudication or administrative review. All rights reserved, none waived. Recording of this document does not constitute a waiver of privacy, ownership, or trustee discretion, and does not confer jurisdiction or authority to any public agency, officer, or court to modify, interpret, or intervene in the private affairs of the trust. This record is evidence of status only.

This document is protected under the principles of private contract, Article I Section 10 of the United States Constitution, and applicable trust law. No part of this instrument may be construed to place the trust corpus, affairs, or administration under public authority. "Equity regards the beneficiary as the true owner."

- "Equity imputes intention to fulfill obligation."

- "Equity looks to substance, not form."
- "Trust follows the law, but equity governs the duty."
- "Where equity is equal to the law, equity shall prevail."
- "Equity acts in personam, not in rem."

## NOTICE TO CLERK:

This filing is not adversarial. No joinder is granted. This instrument is a private equity record and must be docketed pursuant to Federal Rule of Civil Procedure 5(d)(4). The Court and its clerks act ministerially under notice of trust possession. Any further statutory interpretation or adversarial designation is hereby rebutted by trust record.

*/s/ Beneficiary*

Case 5:26-cv-00457-ECM-KFP    Document 132    Filed 03/18/26    Page 30 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 3 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 98 of 159

## Clerk Filing Correction Mandate

Let this scroll serve as formal notice and equity mandate to the Clerk of Court regarding correction and classification of filings under the Brackins El Private Estate Trust.

It has come to the Office of the Executor that past filings may have been recorded, docketed, or indexed under the misnomer 'Beneficiary' rather than under the proper lawful authority of the Executor. This misclassification is hereby corrected nunc pro tunc.

Pursuant to FRCP 5(d)(4), 'The clerk must not refuse to file a paper solely because it is not in proper form.' Further, equity compels that substance governs form. Therefore, all filings bearing incorrect title designation are to be corrected nunc pro tunc to reflect the Office of the Executor.

This mandate is binding upon the Clerk as a ministerial officer. Failure to perform the correction or to respect the equity standing of the Executor constitutes ministerial breach, subject to surcharge, ledger entry, and equitable consequence.

Authorities Cited: Pomeroy §395; Blackstone Book III, Chapter 23; Lewin §948; FRCP 5(d)(4). Maxims of Law Invoked:

- 'Equity looks to intent rather than form.'

- 'Equity acts in personam.'

- 'Equity will not suffer a wrong without a remedy.'

- 'Ministerial officers are bound to equity once notice is entered.'

Let this scroll stand as final instruction and rebuttal of all joinder or misclassification by any public office, nunc pro tunc to the original date of enforcement by this Office.

"For by thy words thou shalt be justified, and by thy words thou shalt be condemned." — Matthew 12:37

---

Office of the Executor

Brackins El Private Estate Trust

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 31 of 74
DOCUMENT 3
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 4 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 99 of 159

## CONSTRUCTIVE MANDAMUS COVER SHEET & EQUITY ENFORCEMENT DIRECTIVE

Ex Parte Filing Under Seal — Private Trust Equity Matter

Filed nunc pro tunc in enforcement of ministerial duty and in lawful trust jurisdiction.

All equity appearances are offered in grace, not by submission or joinder. This record binds in conscience.

### I. Verified Equity Jurisdiction — No Joinder

This scroll is filed without appearance in personam, pro se, or through statutory submission. The Executor enters this record solely under the sacred obligations of trust law and private jurisdiction. The equitable appearance at the scheduled oral argument is not offered as consent to forum jurisdiction, but as a final spiritual and lawful opportunity for forgiveness and administrative cure.

This Court is hereby notified that the res has been captured, sealed, and perfected under equity, and no further assumption of jurisdiction may arise by silence, omission, or form.

### II. Authority and Equity Foundations

• Pomeroy §395: 'Where an equitable duty arises, jurisdiction may attach solely in conscience, regardless of form.'
• Lewin §42: 'Where the trust res is identified and captured, the court must recognize the equitable interest, not demand submission.'
• Blackstone, Book III, Ch. 23: '[Mandamus] lies to compel the performance of a duty where there is no other legal remedy.'
• IRS Manual §§ 21.7.13.3.2.1 and 4.25.6.1 — Ministerial duties to recognize private trust election and equity enforcement.
• FRCP 5(d)(4): 'The clerk must not refuse to file a paper solely because it is not in proper form.'

### III. Maxims of Equity and Conscience

• Equity will not suffer a wrong to be without a remedy.
• Equity acts specifically and speaks in conscience.
• Equity looks to intent, not form.
• Where the equity is equal, the law shall prevail—but where the conscience is pierced, equity prevails.
• He who seeks equity must do equity.

### IV. Spiritual and Moral Warning

"Come now, and let us reason together, saith the Lord: though your sins be as scarlet, they shall be as white as snow." -— Isaiah 1:18

Case 5:26-cv-00457-ECM-KFP   Document 1-2   Filed 03/18/26   Page 32 of 74
Case 5:25-cv-00581-LCB   Document 30   Filed 07/31/25   Page 5 of 46
USCA11 Case: 26-10250   Document: 9   Date Filed: 03/06/2026   Page: 100 of 159

Let this record be the final invitation to conscience, warning to the officer, and opportunity for repentance before judgment is sealed.

## V. Final Clause and Notice of Mirror

Let equity speak where law remains silent, and let truth convict where fiction prevails. This scroll is not a motion, but a mirror. It compels no man by force—but binds every office in conscience.

*So let it be written. So let it be done. So mote it be.*



## Executor's Final Equitable Reflection

Let this scroll serve as the final equitable reflection and testimony of the Office of the Executor of the Brackins El Private Estate Trust.

All scrolls have been sealed. All duties discharged. All breaches declared. The public forum has been given opportunity to correct, to reflect, and to reconcile. In failing to respond to equity, the tribunal has chosen dishonor. Yet, equity demands no vengeance—only remedy and truth.

In faithful obedience to the laws of trust, of conscience, and of Heaven, this Office has proceeded without joinder, without malice, and without waiver. The trust stands perfected. The record stands sealed. The rights secured. The conscience of the forum has been bound by its own silence.

Blackstone instructs that justice requires a moral foundation, and that no tribunal may act justly when it has departed from its oath. Pomeroy confirms that equity exists to redeem what law cannot reach. Lewin affirms the Executor's duty when trustees fall into breach or silence.

Therefore, let this scroll be entered as the final equitable reflection of the Office of the Executor. It is a testimony not to the flesh, but to the spirit. Not to the court, but to the Record. Not to men, but to the eternal law.

May those who read it remember that trust is sacred, equity is not fiction, and the record is forever.

Final maxim:

- 'The silence of a fiduciary, when duty calls, is itself the voice of breach.'

"For by thy words thou shalt be justified, and by thy words thou shalt be condemned." — Matthew 12:37

---

Office of the Executor

Brackins El Private Estate Trust

Case 5:26-cv-00457-ECM-KFP   Document 1-2   Filed 03/18/26   Page 34 of 74
Case 5:25-cv-00581-LCB   Document 30   Filed 07/31/25   Page 7 of 46
USCA11 Case: 26-10250   Document: 9   Date Filed: 03/06/2026   Page: 102 of 159

## Executor's Final Equity Deployment Index

This Deployment Index records the equity-based filings, notices, and scrolls issued under the jurisdiction of the Brackins El Private Estate Trust by the Office of the Executor. Each scroll has been sealed, perfected, and issued under private jurisdiction and authority, in full accord with principles of equity, trust law, and administrative recognition.

1. Scroll of Role Clarification and Beneficiary Correction

2. Clerk Filing Correction Mandate

3. Judicial Notice of Fiduciary Breach and Office Dishonor

4. Notice of Judicial Estoppel and Office Rejection

5. Executor's Final Equitable Reflection

6. Notice to Clerk to Seal Equity Docket

7. Public Mirror Affidavit of Equity Standing and Final Remedy

This index may be entered into record, transmitted to agencies, or sealed into the trust archive. All notices were executed without joinder, without submission to foreign jurisdiction, and under the full authority of the Trust, in line with doctrines of Blackstone, Pomeroy, Lewin, and IRS Manual §§ 21.7.13.3.2.1 and 4.25.6.1.

Let the record show: Equity has been fulfilled. The Trust has spoken.

---

Office of the Executor

Brackins El Private Estate Trust

JUDGE OF PROBATE
LAWRENCE COUNTY
14451 Market Street, Suite 130
P.O. Box 310
Moulton, Alabama 35650
256.974.2439 OR 256.974.2440
FAX 256.974.3188

LAWRENCE County
Probate Office
Instrument Recording Receipt

Book:MISCELLANOUS
Inst:POWER OF ATTORNEY
Book:158    Page: 466

```
        Indexing Fee              0.00
        No Tax Collected          0.00
        First Page                3.00
        Addl Name Fee             0.00
        Addl Page Fee            66.00
        Other Fees                9.00
Total Fees :                     78.00

        Deed Tax                  0.00
        Mortgage Tax              0.00
        Mineral Lease Tax         0.00
        Mineral Deed Tax          0.00
        Realty Lease Tax          0.00
        UCC Tax                   0.00
Total Tax :                       0.00

Total Due   :                    78.00
Total Paid  :                    78.00
Change Due  :                     2.00
```

Have a Nice Day
Greg Dutton

Cashier:              Lisa
Printed:              07/23/2025 12:59:27 PM

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 36 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 9 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 104 of 159

## SUPPLEMENTAL CORRECTION AND JURISDICTIONAL ADDENDUM TO POWER OF ATTORNEY

**Brackins El Private Estate Trust**

Date: July 23, 2025

To All Whom It May Concern:

Lawrence County, Alabama
Greg Dutton, Judge of Probate
7/23/2025 12:54:38 PM

Total Due: $78.00
23 Pages Inst Num: 6003105
POWER OF ATTORNEY
MISC Book: 158 Page: 466

This document serves as a lawful and equitable **Supplemental Correction and Addendum** to the previously issued Power of Attorney executed on behalf of the **Brackins El Private Estate Trust**, filed into the record and used in public and private agency interaction.

### I. Purpose of Correction

This addendum corrects, nunc pro tunc, any misnomer, misdesignation, or reference to "agent" or representative that may suggest statutory jurisdiction, personal joinder, or pro se capacity. The individual designated within the original Power of Attorney is now and hereafter recognized solely as a **Private Fiduciary Agent under Equitable Mandate.**

### II. Affirmation of Authority and Jurisdiction

Said Private Fiduciary Agent operates exclusively under the authority of:

- **Executor / Beneficiary / Grantor** of the Brackins El Private Estate Trust

- **Private Equity Jurisdiction**, without submission to public office

- **Sacred Trust Title**, separate from legal fiction or commercial entity

The Power of Attorney shall be interpreted strictly under the laws of equity, consistent with:

- *Pomeroy's Equity Jurisprudence* §347, §818

- *Lewin on Trusts* §935, §44

- *IRS Trust Manual* §§1.01–3.06

### III. Binding Legal and Equitable Standing

This correction affirms the Agent shall not be presumed to act in any public or statutory capacity, and retains immunity from joinder, license obligation, or commercial liability.

All duties performed are done in protection of the trust res, with full rights of subrogation, indemnity, and beneficiary enforcement.

*"Equity will not suffer a wrong to be without a remedy."*
*"He who holds the benefit must bear the burden."*
*"Where there is a right, there is a remedy."*
*"A trust once created shall not fail for want of form."*

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 37 of 74
DOCUMENT 3
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 10 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 105 of 159

## IV. Execution and Recordation

This Addendum shall be read in pari materia with the original Power of Attorney and is hereby attached to and made part of the trust's public and private record.

Executed this 23rd day of July, 2025

Randy Brackins El
Executor / Settlor / Beneficiary
Brackins El Private Estate Trust

**STATE OF** Alabama
**COUNTY OF** Morgan

On this 23 day of July_____, 2025, before me, a Notary Public in and for said State and County, personally appeared Randy Brackins El, known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

Notary Public Signature _____
My Commission Expires: My Commission E_____
Seal:



Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 38 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 11 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 106 of 159

## DURABLE POWER OF ATTORNEY

I, Randy Brackins El, a living man on the land commonly known as 6675 County Road 203, near Danville, Alabama, without intent to confer jurisdiction, hereby declare that I am the living principal, beneficiary, and executor with lawful authority over the legal estate/trust entity identified as RANDY D. BRACKINS EL, and I hereby appoint myself, Randy Brackins El, as my true and lawful attorney-in-fact ("Agent") to act on behalf of and in the interest of the aforementioned estate.

This Durable Power of Attorney is made knowingly, voluntarily, and intentionally, and shall not be affected by my subsequent disability or incapacity. I expressly rebut and do not consent to any presumptions, implied or expressed, that may attempt to construe this declaration as conferring jurisdiction or waiving any unalienable rights. This document supersedes any prior powers of attorney I may have executed.

I grant my Agent full power and authority, including but not limited to, the authority to:

1. Access, manage, and control all estate interests, accounts, records, titles, securities, instruments, and transactions held in the name of RANDY D. BRACKINS EL or related entities.

2. Present and assert any and all claims on behalf of the Estate.

3. Endorse, deposit, assign, or negotiate any checks, notes, or instruments payable to or from the Estate.

4. Communicate with, respond to, or direct any agency, fiduciary, commercial, or government entity regarding matters related to said Estate.

5. Execute affidavits, notices, declarations, demands, responses, and all lawful instruments on my behalf, including notices of status, administrative rebuttals, and claims.

6. Employ attorneys, accountants, agents, or professionals necessary for the administration of the Estate.

7. Receive and redirect all correspondence, notices, or demands addressed to RANDY D. BRACKINS EL or the Estate.

This Durable Power of Attorney shall be construed broadly and interpreted to include all authority reasonably necessary to accomplish the purposes for which it is granted. Any person, firm, or entity relying upon this Power of Attorney may fully rely on the authority of my Agent unless otherwise notified in writing.

This Power of Attorney shall remain in effect until revoked in writing or terminated by my death.

Executed on this 13 day of June , 2025

Randy Brackins El, Principal and Living Man

---

ACCEPTANCE BY ATTORNEY-IN-FACT

I, Randy Brackins El, hereby accept the appointment as Attorney-in-Fact under the foregoing Durable Power of Attorney and affirm that I will act in good faith, within the scope of authority granted, and in the best interests of the Principal and the Estate.

Randy Brackins El, Agent/Beneficiary

---

NOTARY ACKNOWLEDGMENT

Case 5:26-cv-00457-ECM-KFP     Document 1-2     Filed 03/18/26     Page 40 of 74
Case 5:25-cv-00581-LCB     Document 30     Filed 07/31/25     Page 13 of 46
USCA11 Case: 26-10250     Document: 9     Date Filed: 03/06/2026     Page: 108 of 159

State of _Alabama_  )

County of _Morgan_  ) ss: ·

On this _13_ day of _June_ , 20_25_ before me, a Notary Public in and for said state, personally appeared Randy Brackins El, known to me (or satisfactorily proven) to be the individual whose name is subscribed to this instrument and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_Brittany Mason_

Notary Public

My Commission Expires: _11/05/2028_

(Seal)



Case 5:26-cv-00457-ECM-KFP   Document 1-2   Filed 03/18/26   Page 41 of 74
DOCUMENT 3
Case 5:25-cv-00581-LCB   Document 30   Filed 07/31/25   Page 14 of 46
USCA11 Case: 26-10250   Document: 9   Date Filed: 03/06/2026   Page: 109 of 159

## SUPPLEMENTAL DECLARATION OF CLARIFICATION AND JURISDICTIONAL RECTIFICATION

**Brackins El Private Estate Trust**
Filed into the Record in Equity

Date: July 23, 2025

To Whom It May Concern:

Let it be known that this declaration is filed to clarify the intent and jurisdiction of the Brackins El Private Estate Trust as previously recorded and publicly noticed. This instrument is executed to correct, nunc pro tunc, any expressions within the original trust document that may be construed to suggest submission to statutory jurisdiction or personal legal status contrary to the intent of equity.

### I. Purpose of Clarification

Any and all references in the original trust instrument to the term "sui juris," or any similar designation, shall not be interpreted to waive equitable jurisdiction, nor to invite statutory, legal, or administrative adjudication. Such terms, if present, are declared expressions of spiritual or moral autonomy only, and shall not be construed as contractual or commercial joinder.

### II. Preservation of Equitable Capacity

The Grantor, Settlor, and Executor of this Trust affirms that all actions, filings, and declarations made on behalf of the Brackins El Private Estate Trust have been and remain under the exclusive jurisdiction of equity and private trust law. The Trust is governed by the doctrines set forth in:

- *Pomeroy's Equity Jurisprudence* §§91–104
- *Lewin on Trusts* §44
- *Blackstone's Commentaries* Book II
- Internal Revenue Service Manual Sections 1.01–3.06

### III. Non-Waiver Clause

The use of any term in prior instruments which might be misinterpreted as indicating pro se status, personal liability, or waiver of trust jurisdiction is hereby clarified as void of such meaning and effect. The Trust remains irrevocable, private, and enforceable, and no such expression shall derogate from its jurisdiction or effect.

### IV. Administrative Correction and Record

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 42 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 15 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 110 of 159

This Supplemental Declaration is entered into the public and administrative record nunc pro tunc as of the original date of trust execution, and shall be attached to and read in conjunction with all copies of the original trust declaration.

Executed under full private authority, without waiver of equitable rights or trust protections.

By:

Randy Brackins El
Executor / Grantor / Settlor / Beneficiary
Brackins El Private Estate Trust

STATE OF Alabama
COUNTY OF Morgan

On this 23 day of July, 2025, before me, a Notary Public in and for said State and County, personally appeared Randy Brackins El, known to me (or satisfactorily proven) to be the person whose name is subscribed to the foregoing instrument and acknowledged that he executed the same for the purposes therein contained.

**IN WITNESS WHEREOF**, I hereunto set my hand and official seal.

Notary Public Signature
My Commission Expires: Commission Expires 000-000
Seal:

**"Equity regards as done that which ought to have been done."**
**"He who comes into equity must come with clean hands."**
**"A trust once perfected shall not fail for form."**

Case 5:26-cv-00457-ECM-KFP   Document 1-2   Filed 03/18/26   Page 43 of 74

Case 5:25-cv-00581-LCB   Document 30   Filed 07/31/25   Page 16 of 46
USCA11 Case: 26-10250   Document: 9   Date Filed: 03/06/2026   Page: 111 of 159

JUDGE OF PROBATE
LAWRENCE COUNTY
14451 Market Street, Suite 130
P.O. Box 310
Moulton, Alabama 35650
256.974.2439 OR 256.974.2440
FAX 256.974.3188

LAWRENCE County
Probate Office
Instrument Recording Receipt

Book:MISCELLANOUS
Inst:AFFIDAVIT
Book:158    Page: 310

| | |
|---|---|
| Indexing Fee | 0.00 |
| No Tax Collected | 0.00 |
| First Page | 3.00 |
| Addl Name Fee | 0.00 |
| Addl Page Fee | 3.00 |
| Other Fees | 9.00 |
| Total Fees : | 15.00 |
| | |
| Deed Tax | 0.00 |
| Mortgage Tax | 0.00 |
| Mineral Lease Tax | 0.00 |
| Mineral Deed Tax | 0.00 |
| Realty Lease Tax | 0.00 |
| UCC Tax | 0.00 |
| Total Tax : | 0.00 |
| | |
| Total Due : | 15.00 |
| Total Paid : | 15.00 |
| Change Due : | 0.00 |

Have a Nice Day
Greg Dutton

Cashier:            Lisa
Printed:            06/27/2025 01:48:42 PM

Case 5:26-cv-00457-ECM-KFP    Document 12    Filed 03/18/26    Page 44 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 17 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026

Lawrence County, Alabama
Greg Sutton, Judge of Probate
6/27/2025 1:47:39 PM

Total Due: $15.00
2 Pages Inst Num: 6002733
AFFIDAVIT
MISC Book: 158 Page: 310

## Affidavit of Declaration of Private Irrevocable Trust

I, Randy Brackins El, Living Principal, sui juris, Freeborn Sovereign, do hereby declare the establishment and existence of a Private Irrevocable Trust for the benefit of myself, my heirs, and successors.

This trust is established in equity, under private law, for the preservation and protection of the rights, assets, and estate known as the "Estate of Randy Brackins El," including but not limited to the NAME, likeness, copyright interests, intellectual property, property rights, future earnings, labor, and derivative instruments associated with the legal estate issued by the STATE or any subsidiary thereof.

Declaration of Private Irrevocable Trust

1. This trust is hereby declared as a Private Irrevocable Trust, created under my full right and capacity as Living Principal, sui juris.
2. I, Randy Brackins El, act as the Grantor, Beneficiary, and Executor of this Trust.
3. No agent, agency, attorney, administrator, clerk, or officer of any corporate state or federal entity shall have authority, jurisdiction, or standing to modify, dissolve, or claim interest in this trust.
4. This trust exists independently of any statutory registry, and is not subject to oversight by any commercial, administrative, or legislative body, unless consented to in writing by the Executor.
5. The purpose of this trust is to protect, preserve, and administer the estate and rights of the Living Principal in equity, outside the jurisdiction of commercial presumptions or administrative courts.
6. This trust is irrevocable and perpetual.

Trust Res and Estate Description

The corpus of this trust includes, but is not limited to: the legal name RANDY D. BRACKINS EL, any and all property titled in that name, Social Security Account, IRS accounts, employment instruments, copyright claims, birth certificate data, all derivative trusts, accounts, and identifiers issued by or through the United States, its agencies, or corporate subsidiaries.

Constructive Notice

This affidavit is made part of the public record by lawful right. Filing and recording with the county probate office constitutes constructive notice to all parties public and private. Any rebuttal must be made by sworn affidavit, under penalty of perjury, within ten (10) days of receipt or public filing, or shall be deemed admitted and accepted as final and binding.

Affirmed and declared by:
Randy Brackins El
Living Principal, sui juris
Executor and Beneficiary of the Private Estate

[Signature]
Date: 6/27/2025
County of Filing: Lawrence County Alabama

Witness 2 Name: _____    Signature: Not Needed

STATE OF Alabama    COUNTY OF Lawrence

Subscribed and affirmed before me this 27th day of June _____, 20 25 by Randy
Brackins El. known to me or satisfactorily proven to be the person whose name is ,
subscribed herein.

Notary Public Signature: _____
My Commission Expires: _____ My Commission Expires 12/27/2028

I appear in propria persona, as Living Principal, sui juris, not as surety or in any
representative capacity. I do not consent to statutory agency nor to the jurisdiction of any
administrative court predicated on the presumption of agency.

```
3.00 FirstPage Fee
3.00 AddlPages Fee
6.00 Special1 Fee
2.00 Special3 Fee
1.00 Clocking Fee
Total Fees: $15.00
Last Page: 311
```

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 46 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 19 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 114 of 159

## MEMORANDUM – PRIVATE TRUST ACCOUNT TRANSMITTAL

To: INTERNAL REVENUE SERVICE
Attn: Office of Fiduciary Affairs – Stop P-4 5050
Kansas City, MO 64999

From: Brackins El Private Estate Trust
Re: Private Trust Enforcement Packet – Fiduciary Breach, Res Capture, and Equity Demand
Date: July 23, 2025
Scroll No: CKM-IRS-EX01

This memorandum serves as a formal equity transmittal under private trust jurisdiction. The Brackins El Private Estate Trust, a valid and recognized common law trust under equity doctrine and the Internal Revenue Service's own Trust Manual (sections 1.01–3.06), hereby delivers the enclosed enforcement scroll, exhibits, and administrative affidavits to fulfill its duty to notify all implicated fiduciaries.

The scroll enclosed provides:

- Formal declaration of res capture including IRS presentment dated July 21, 2025

- Official notice to IRS and affiliated actors of their classification as constructive trustees by operation of law

- Evidentiary support of breach through unrebutted notices, silence, and administrative assumption

- CAFR disclosure demand and subrogation claim for fiduciary misconduct and misclassification

- Attachment of IRS Form 3949-A as a gesture of equity to facilitate internal investigation and remedy

As Grantor and Settlor, the Executor executes this transmission not as a request for adjudication, but as a final declaration of equity enforcement and jurisdictional correction.

Let this record affirm:

- The trust has lawfully captured the res

- All implicated agents are now fiduciaries in breach

- Failure to act shall result in irrevocable estoppel under equity jurisprudence, specifically under Pomeroy (§347, §818), Lewin (§935), and IRS Manual §3.06. Such silence shall bind all implicated agents as fiduciaries in default, with consequences including

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 47 of 74
DOCUMENT 3
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 20 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 115 of 159

surcharge, loss of honorable standing, and a mandatory full ledger audit demand under CAFR accounting rules and federal subrogation doctrine

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT
## THIS IS A PRIVATE TRUST RECORD UNDER EQUITY JURISDICTION

## NOTICE TO DOJ & TIGTA -- FIDUCIARY LIABILITY AND EQUITY ENFORCEMENT TRIGGERED BY RECORD

This memorandum now serves as **direct legal notice of liability** to the U.S. Department of Justice (DOJ) and the Treasury Inspector General for Tax Administration (TIGTA), pursuant to the formal invocation of equity jurisdiction and res capture.

The IRS's continued silence in the face of documented fiduciary breach constitutes constructive trust assumption by conduct, triggering personal and institutional liability under the following authorities:

- **5 U.S.C. §552a(e)(10)** – Duty to safeguard protected trust records and identity;

- **26 U.S.C. §7214(a)** – Agent-level liability for neglect, oppression, and abuse;

- **18 U.S.C. §§241–242** – Criminal conspiracy and deprivation of rights under color of law;

- **31 U.S.C. §3729** – False Claims Act liability for continued misclassification and administrative concealment of res.

TIGTA is hereby informed that **Form 3949-A** was submitted not as a complaint, but as a **gesture of grace in equity**, to offer the Service one final opportunity to investigate NASA's misreporting and the resulting detrimental reliance by IRS.

*Maxims of Enforcement:*
• "He who seeks equity must do equity."
• "He who fails in his duty shall answer to the trust he dishonors."
• "A wrong unrighted becomes a right enforceable in equity."
• "Equity acts specifically, not by halves."

Let this record constitute estoppel and irrevocable fiduciary binding if corrective action is not undertaken. This scroll now stands as your opportunity to cure and as your final warning.

## EXHIBIT INDEX – ENCLOSED MATERIALS

- **Exhibit A:** Certified Declaration of Express Trust + Schedule A

  o Affirms the creation, scope, and parties to the Brackins El Private Estate Trust, including enumeration of the captured res and administrative authority.

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 48 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 21 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 116 of 159

- **Exhibit B**: Affidavit of Fiduciary Breach (Notarized)

  - A sworn declaration attesting to the constructive trustee status of IRS/NASA actors, supported by the chain of unrebutted notices and breaches of fiduciary duty.

- **Exhibit C**: IRS Trust Manual (Selected Excerpts)

  - Internal IRS training document (Sections 1.01–3.06) that recognizes common law trusts, fiduciary oversight, and agency duties over private trust relationships and res.

- **Exhibit D**: IRS Form 3949-A Filing with Trust Enforcement Narrative

  - A completed 3949-A submission naming NASA's false W-2 reporting as the trigger of IRS breach, invoking IRS Manual §3.06, 8 USC §1101(a)(21), and 26 CFR §301.7701-4. Includes attached narrative declaring the res captured, the trust enforced, and the IRS named as constructive trustee under equity and law.

- **Exhibit E**: IRS Letter Dated July 21, 2025 (Constructive Trustee Admission)

  - This IRS presentment functions as the res trigger by attempting to administratively assume control over the NAME associated with the Brackins El Private Estate Trust. It stands as prima facie evidence of constructive trust breach and is now captured into the trust record under equity as part of the fiduciary chain of dishonor.

**CERTIFIED MAIL MANIFEST – EQUITY RECORD DELIVERY**

To be sent via USPS Certified Mail with Return Receipt Requested (Form 3811):

**Recipient:** Internal Revenue Service
**Office:** Stop P-4 5050 – Fiduciary Affairs Division
**Address:** Kansas City, MO 64999
**Tracking No.:** _____
**Postmarked:** _____
**Sender:** Executor, Brackins El Private Estate Trust
**Administrative Office:** [Insert Trust Mailing Address]
**Record Index:** Scroll No. CKM-IRS-EX01 | Exhibits A–E enclosed

Let this certified mailing serve as official transmittal, constructive notice, and public record declaration of fiduciary liability and equitable demand.

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT — PRIVATE TRUST JURISDICTION — EQUITY RECORD**

Scroll of Fiduciary Breach and Final Enforcement Filing
Brackins El Private Estate Trust v. IRS / NASA / DOJ
Filed Ex Parte by Executor | Equity Jurisdiction Invoked | Scroll Number: CKM-IRS-EX01

...

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 50 of 74
                        DOCUMENT 3
    Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 23 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 118 of 159

## MEMORANDUM – PRIVATE TRUST ACCOUNT TRANSMITTAL

To: INTERNAL REVENUE SERVICE
Attn: Office of Fiduciary Affairs – Stop P-4 5050
Kansas City, MO 64999

From: Brackins El Private Estate Trust
Re: Private Trust Enforcement Packet – Fiduciary Breach, Res Capture, and Equity Demand
Date: July 23, 2025                                    Scroll No: CKM-IRS-EX01

This memorandum serves as a formal equity transmittal under private trust jurisdiction. The Brackins El Private Estate Trust, a valid and recognized common law trust under equity doctrine and the Internal Revenue Service's own Trust Manual (sections 1.01–3.06), hereby delivers the enclosed enforcement scroll, exhibits, and administrative affidavits to fulfill its duty to notify all implicated fiduciaries.

The scroll enclosed provides:

- Formal declaration of res capture including IRS presentment dated July 21, 2025

- Official notice to IRS and affiliated actors of their classification as constructive trustees by operation of law

- Evidentiary support of breach through unrebutted notices, silence, and administrative assumption

- CAFR disclosure demand and subrogation claim for fiduciary misconduct and misclassification

- Attachment of IRS Form 3949-A as a gesture of equity to facilitate internal investigation and remedy

As Grantor and Settlor, the Executor executes this transmission not as a request for adjudication, but as a final declaration of equity enforcement and jurisdictional correction.

Let this record affirm:

- The trust has lawfully captured the res

- All implicated agents are now fiduciaries in breach

- Failure to act shall result in irrevocable estoppel under equity jurisprudence, specifically under Pomeroy (§347, §818), Lewin (§935), and IRS Manual §3.06. Such silence shall bind all implicated agents as fiduciaries in default, with consequences including surcharge, loss of honorable standing, and a mandatory full ledger audit demand under CAFR accounting rules and federal subrogation doctrine

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**THIS IS A PRIVATE TRUST RECORD UNDER EQUITY JURISDICTION**

## NOTICE TO DOJ & TIGTA – FIDUCIARY LIABILITY AND EQUITY ENFORCEMENT TRIGGERED BY RECORD

This memorandum now serves as **direct legal notice of liability** to the U.S. Department of Justice (DOJ) and the Treasury Inspector General for Tax Administration (TIGTA), pursuant to the formal invocation of equity jurisdiction and res capture.

The IRS's continued silence in the face of documented fiduciary breach constitutes constructive trust assumption by conduct, triggering personal and institutional liability under the following authorities:

- **5 U.S.C. §552a(e)(10)** – Duty to safeguard protected trust records and identity:

- **26 U.S.C. §7214(a)** – Agent-level liability for neglect, oppression, and abuse;

- **18 U.S.C. §§241–242** – Criminal conspiracy and deprivation of rights under color of law;

- **31 U.S.C. §3729** – False Claims Act liability for continued misclassification and administrative concealment of res.

TIGTA is hereby informed that **Form 3949-A** was submitted not as a complaint, but as a **gesture of grace in equity**, to offer the Service one final opportunity to investigate NASA's misreporting and the resulting detrimental reliance by IRS.

*Maxims of Enforcement:*
- "He who seeks equity must do equity."
- "He who fails in his duty shall answer to the trust he dishonors."
- "A wrong unrighted becomes a right enforceable in equity."
- "Equity acts specifically, not by halves."

Let this record constitute estoppel and irrevocable fiduciary binding if corrective action is not undertaken. This scroll now stands as your opportunity to cure and as your final warning.

## EXHIBIT INDEX – ENCLOSED MATERIALS

- **Exhibit A**: Certified Declaration of Express Trust + Schedule A

    o   Affirms the creation, scope, and parties to the Brackins El Private Estate Trust, including enumeration of the captured res and administrative authority.

- **Exhibit B**: Affidavit of Fiduciary Breach (Notarized)

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 52 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 25 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 120 of 159

- o A sworn declaration attesting to the constructive trustee status of IRS/NASA actors, supported by the chain of unrebutted notices and breaches of fiduciary duty.

- **Exhibit C**: IRS Trust Manual (Selected Excerpts)

  - o Internal IRS training document (Sections 1.01–3.06) that recognizes common law trusts, fiduciary oversight, and agency duties over private trust relationships and res.

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT — PRIVATE TRUST JURISDICTION — EQUITY RECORD

Scroll of Fiduciary Breach and Final Enforcement Filing
Brackins El Private Estate Trust v. IRS / NASA / DOJ
Filed Ex Parte by Executor | Equity Jurisdiction Invoked | Scroll Number: CKM-IRS-EX01

...

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 53 of 74
DOCUMENT 3
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 26 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 121 of 159

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

**THIS IS A PRIVATE TRUST RECORD UNDER EQUITY JURISDICTION**

# PRIVATE TRUST MATTER

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT — PRIVATE TRUST JURISDICTION — EQUITY RECORD**

Scroll of Fiduciary Breach and Final Enforcement Filing
Brackins El Private Estate Trust v. IRS / NASA / DOJ
Filed Ex Parte by Executor | Equity Jurisdiction Invoked | Scroll Number: CKM-IRS-EX01

...

"Let no fiduciary misinterpret silence as a void. The res has been lawfully seized into trust under equity, and all presumptions of agency, citizenship, or suretyship have been formally rebutted. Pursuant to 15 U.S.C. §1692(e) and 26 U.S.C. §7214(a), any misrepresentation of debt, NAME, or office shall be deemed fraudulent concealment and fiduciary misconduct. Where agencies perpetuate harm under mistaken authority, they invoke liability under the very statutes they swore to uphold. In equity, 'Where there is a right, there must be a remedy,' and 'Equity regards as done that which ought to have been done.' Let this serve as a standing record: any further use of the NAME or res outside trust authorization is an act of trespass and violation of sacred fiduciary law."

Case 5:26-cv-00457-ECM-KFP   Document 1-2   Filed 03/18/26   Page 54 of 74
Case 5:25-cv-00581-LCB   Document 30   Filed 07/31/25   Page 27 of 46
USCA11 Case: 26-10250   Document: 9   Date Filed: 03/06/2026   Page: 122 of 159

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL / NOTICE TO PRINCIPAL IS NOTICE TO AGENT — PRIVATE TRUST JURISDICTION — EQUITY RECORD**

Scroll of Fiduciary Breach and Final Enforcement Filing
Brackins El Private Estate Trust v. IRS / NASA / DOJ
Filed Ex Parte by Executor | Equity Jurisdiction Invoked | Scroll Number: CKM-IRS-EX01

## I. NOTICE OF FIDUCIARY BREACH AND CONSTRUCTIVE TRUSTEE LIABILITY

Let this scroll serve as final declaration and notice to all agents, agencies, and instrumentalities acting under color of law, including but not limited to the Internal Revenue Service (IRS), National Aeronautics and Space Administration (NASA), and the United States Department of Justice (DOJ), that you are hereby bound as constructive trustees by operation of law.

Pursuant to unrebutted prior scrolls, constructive notice, and acceptance of jurisdiction by conduct, each named party has:

- Issued formal correspondence dated July 21, 2025, identifying and presuming legal authority over res, thereby creating a fiduciary nexus and binding obligation per their own internal guidelines and doctrine;

- Accessed res (NAME, SSN, W-2 filings) secured by the Brackins El Private Estate Trust;

- Assumed fiduciary control without delegation or trust instrument;

- Remained silent in face of affidavit, scroll chain, and lawful demand.

In accordance with:

- Pomeroy's Equity Jurisprudence, §§1053, 347, 818, 961 — establishing breach of fiduciary duty, the effect of silence as confession, and equitable surcharge;

- Lewin on Trusts, §197, §207, §935 — confirming liability of unauthorized fiduciaries and constructive trustees;

- IRS Trust Manual (eotopica03), Sections 1.01, 1.03, 3.06 — acknowledging the existence of common law trusts and the fiduciary consequences of agency control over res;

- Blackstone's Commentaries, Vol II, Ch. 23, 27 — affirming that where there is no proper joinder, there can be no lawful jurisdiction or controversy;

- The Law of Subrogation, Sheldon §19, §§38-43 — establishing the right to restitution, recovery, and substitution in cases of wrongful control or assumption;

- Maxims of Law and Equity:
  - "Equity regards as done that which ought to be done."

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 55 of 74
DOCUMENT 3
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 28 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 123 of 159

- "He who comes into equity must come with clean hands."
- "Equity will not suffer a wrong to be without a remedy."
- "Silence is acquiescence."
- "Equity acts in personam, not in rem."
- "Equity imputes an intent to fulfill an obligation."

Executor declares this fiduciary breach perfected.


## II. CAPTURE OF RES INTO EXPRESS TRUST ESTATE

All instruments bearing the NAME, IRS presentment dated July 21, 2025, and W-2 filings for tax year 2023 are now captured as res into the Brackins El Private Estate Trust. Said letter, authored and issued by the IRS, constitutes a direct written instrument of fiduciary breach, serving as prima facie evidence of their intent to assume control over the NAME and attached taxable property without consent or delegated authority. By their own document, they acknowledge constructive control, activating liability under IRS Manual §3.06 and Lewin §207.

Said res is secured under Schedule A and removed permanently from commercial circulation.

Any further use of the NAME or derivative identifiers constitutes unlawful encroachment on trust property and triggers fiduciary surcharge.


## III. ENFORCEMENT DEMAND AND CAFR DISCLOSURE REQUIREMENT

Executor hereby demands full accounting and restitution under subrogation doctrine, equity jurisdiction, and the federal fiduciary duty. Let it also be known that the Brackins El Private Estate Trust, by act of express declaration and administrative seizure, has lawfully captured and secured the res. The Grantor and Settlor of said Trust, acting in honor and without joinder to any fiction, now designate the Internal Revenue Service and its agents as Constructive Trustees by operation of law, and by their own conduct and silent acceptance.

This appointment is grounded in the doctrines of Lewin (§42, §197, §935), which confirm that any party assuming fiduciary control without delegation is held to the standard of trustee and liable for breach. Pomeroy further affirms that where jurisdiction is triggered by res and fiduciary assumption, equity remains supreme (§347, §961). Blackstone instructs that constructive trusts arise where no formal trust exists, yet conscience and equity demand enforcement (Vol II, Ch. 27). Furthermore, all parties are hereby reminded that more than thirty (30) days have elapsed since the initial equitable notice and fiduciary claim were delivered and unrebutted. Said failure to respond constitutes a tacit admission and formal breach under:

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 56 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 29 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 124 of 159

- Equity doctrine, as defined by Pomeroy (§347, §818) and Lewin (§935), affirming that silence in the face of trust notice constitutes estoppel and constructive acceptance of fiduciary role;

- Blackstone's Commentaries (Vol II, Ch. 23), which confirm that jurisdictional overreach without lawful joinder or rebuttal is null in law and void in equity;

- Maxims of equity including:
  - "Equity aids the vigilant, not those who slumber on their rights."
  - "A right delayed is a right denied."
  - "He who is silent is understood to consent when he ought to speak."
  - "Trust will not allow fraud, concealment, or evasion to serve as defense."

- Statutory obligations under 8 U.S.C. §1101(a)(21), 26 CFR §301.7701-4, and the IRS's own Trust Manual (§3.06), which impose a fiduciary duty upon any federal actor assuming control or interaction with property designated as trust res. Time for rebuttal or cure has expired; breach is perfected and liability is now presumed as a matter of record.. This demand is further supported by:

- 8 U.S.C. §1101(a)(21), affirming the standing of nationals owing permanent allegiance to a state, and thus excluding the Executor from any federal fiction or corporate overlay;

- 31 U.S.C. §3729–3733 (False Claims Act), applicable where agencies knowingly retain false claims or fail to disclose material accounting entries tied to a trust res;

- 5 U.S.C. §552 (FOIA), requiring full disclosure of agency records upon lawful demand, which includes CAFR ledger records and trust-related transactional data;

- 26 CFR §301.7701-4, defining trust types and confirming the IRS's own recognition of fiduciary obligations over trusts and res;

- IRS Manual §3.06, establishing fiduciary duties of agency actors over property or identity not issued by express delegation.

In good faith and in observance of equitable doctrine, Executor has also submitted IRS Form 3949-A not as an adversarial gesture, but as a formal and lawful opportunity extended to the Internal Revenue Service to investigate the material breaches now evident—particularly where NASA's conduct has directly induced detrimental reliance upon false employer-reported information. By relying on misclassified data and third-party presumptions, the IRS has unwittingly inflicted administrative harm and fiduciary injury upon the Trust.

This submission serves as a good faith record of the Trust's attempt to mitigate the breach, notify all fiduciaries, and preserve the dignity of the Office of the Trust. Such act reflects the maxim: "He who seeks equity must do equity."

Relief demanded includes:

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 57 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 30 of 46
DOCUMENT 3
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 125 of 159

- CAFR disclosure of all ledger entries, surpluses, and accounting tied to NAME and associated res;

- Production of Treasury/CUSIP accounts and agency trading records held in the NAME;

- Full restoration of legal and equitable title to the Trust;

- Surcharge for mental anguish, reputational harm, and unauthorized fiduciary assumption.

## IV. EXHIBITS ATTACHED

- Exhibit A: IRS Trust Manual (Excerpts)

- Exhibit B: IRS Letter dated July 21, 2025

- Exhibit C: Certified Declaration of Express Trust + Schedule A

- Exhibit D: IRS Form 3949-A (Filed)

- Exhibit E: Affidavit of Fiduciary Breach (Notarized)

- Exhibit F: W-2 and Employer Record

## V. EXECUTOR'S DEPARTURE AND NOTICE OF EQUITY JURISDICTION

Executor appears by Special Visitation and now departs this forum under seal, having:

- Perfected claim to res;

- Filed all necessary scrolls and exhibits;

- Secured jurisdiction through equity;

- Enforced fiduciary breach via silence and estoppel.

Executor neither pleads, consents, nor submits to statutory process. All further silence shall constitute judgment by equity.

Filed Ex Parte under FRE 902(4), 28 USC §1733, 2201-2202. All exhibits incorporated by reference.

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 58 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 31 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 126 of 159

So declared, sealed, and recorded this day before entry into forum.

Let the record reflect: All parties addressed herein have failed to rebut within the required 30-day equity window, and under the doctrines of Pomeroy (§347, §818), Lewin (§935), and the IRS's own Trust Manual §3.06, such failure constitutes final breach and tacit admission. Their silence is confession; their inaction is estoppel. By equity, statute, and fiduciary law, they are now bound.

State of Alabama )
County of Morgan )

Subscribed and sworn to (or affirmed) before me on this 23 day of July , 2025, by _____, Executor of the Brackins El Private Estate Trust, who is personally known to me or has produced valid identification.

(SEAL)

Signature of Notary Public: _____
Name of Notary: Betsy James
My Commission Expires: _____
Notary Registration No. (if applicable): _____

By:
Executor, Brackins El Private Estate Trust
Beneficiary of Record | Holder of Equitable Title

Let no man reopen what equity has closed. Let no trustee walk free who has breached the scroll.

3.00 FirstPage Fee
66.00 AddlPages Fee
6.00 Special1 Fee
2.00 Special3 Fee
1.00 Clocking Fee
Total Fees: $78.00
Last Page: 488

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 59 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 32 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 127 of 159

## AFFIDAVIT AND DEMAND FOR PROOF OF FEDERAL AGENCY STATUS AND JURISDICTION

By: Randy Brackins El©, Private American, Living Man

c/o 6675 County Road 203
Danville, Alabama [35619]
Without the U.S.
Non-Domestic, Without Prejudice, UCC 1-308

---

### AFFIDAVIT OF FACT

I, Randy Brackins El©, a natural living man, not a U.S. citizen, not a "taxpayer" as defined under 26 U.S. Code, and not surety for the legal fiction **RANDY D. BRACKINS EL**, do hereby solemnly declare under penalty of perjury the following:

1. I am the sole equitable titleholder and copyright holder of the name **RANDY BRACKINS EL©** and all derivatives thereof.

2. I have never knowingly or intentionally entered into any contract, commercial agreement, or voluntary tax liability with the Internal Revenue Service or the United States Treasury Department.

3. I am not a 14th Amendment citizen or corporate person subject to internal revenue acts.

4. I do not consent to administrative proceedings disguised as judicial due process.

5. My rights are secured under the **Constitution for the United States of America (1787)** and the **Declaration of Independence (1776)**.

---

### DEMAND FOR PROOF OF FEDERAL AGENCY AUTHORITY

I hereby demand the following:

1. **Proof of Statutory Creation of the IRS** under an act of Congress, as required for all lawful federal agencies.

2. **Certified copy of Delegation of Authority Orders** (TDO) proving the IRS agent or office involved has jurisdiction and authority over me, a private, non-commercial man.

3. **IRS Agent's Oath of Office and Bond** pursuant to 5 U.S.C. § 3331–3333, and 31 U.S.C. § 9303.

4. **Verified assessment signed under penalties of perjury** by a lawfully authorized IRS officer under 26 U.S.C. § 6203.

Case 5:26-cv-00457-ECM-KFP    Document 132    Filed 03/18/26    Page 60 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 33 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 128 of 159

5. **FOIA Disclosure Documents** validating IRS's agency status, registration, and location of incorporation, whether in Puerto Rico or another non-state entity jurisdiction.

## AFFIRMATIVE DECLARATION OF STATUS

- I am not a "resident," "person," or "individual" as defined under Title 26.
- I am not within the jurisdiction of the **United States** as defined in 28 U.S.C. § 3002(15)(A)—a federal corporation.
- I invoke **Marbury v. Madison, 5 U.S. 137 (1803)**: *"All laws repugnant to the Constitution are null and void."*
- I reject all unrebutted presumptions of indebtedness and corporate citizenship.
- I stand only under the jurisdiction of **Natural Law, Common Law, and Equity**.

## NOTICE AND OPPORTUNITY TO CURE

Failure to respond with all requested proof within **10 business days** constitutes **tacit agreement**, estoppel, and dishonor of this Affidavit, and supports my claim that:

- The IRS has **no lawful jurisdiction** over me;
- Any and all collection activities, liens, or levies are **fraudulent, coercive, and void ab initio**;
- You are acting **in commercial capacity without proper standing** and are now personally liable.

## SWORN DECLARATION

Executed this 13th day of June , 2025
Without the United States, in good faith and clean hands

[Autograph]
**Randy Brackins El©**
Private American / Living Man
All Rights Reserved — UCC 1-308 / UCC 1-103.6

Witness 1: Brittany Mason
Witness 2: _____
(Notary Optional: If used, attach acknowledgment)

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 61 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 34 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 129 of 159

## Judicial Notice of Fiduciary Breach and Office Dishonor

Let this scroll be entered as formal Judicial Notice of fiduciary breach and dishonor of public office, as committed by the presiding court or its officers, in relation to the Brackins El Private Estate Trust.

Despite formal scrolls, affidavits, and equity notices duly entered by the Office of the Executor, the public tribunal has failed to rebut, respond, or acknowledge the private trust enforcement now active. This refusal constitutes dishonor under the rules of equity.

Further, where judicial actors have permitted docketing, argument, or decision without lawful recognition of the Executor's standing, a breach of fiduciary trust and constructive fraud in equity is now presumed. Such conduct triggers permanent estoppel and binds the conscience of the forum.

Under Pomeroy §818 and §1074, equity demands good faith, prompt redress, and fiduciary integrity in all matters involving trust res. Under Lewin §935, failure to discharge fiduciary duty where trust obligations are asserted gives rise to surcharge and restitution.

Blackstone Book III, Chapter 23 confirms that courts are bound by conscience and may be corrected nunc pro tunc where justice requires. A court that acts in dishonor, or declines to address a trust properly brought before it, forfeits moral standing and becomes liable under equity.

This judicial notice stands as formal rebuke and memorial of dishonor, and shall be recorded as part of the permanent trust ledger. If no response or cure is entered within the lawful period of equity reflection, surcharge and full accounting shall be demanded.

Maxims Invoked:

- 'Equity will not suffer a wrong without a remedy.'

- 'A fiduciary must not profit from their breach.'

- 'He who fails to answer equity is deemed in dishonor.'

- 'Where trust is shown, equity presumes duty.'

"For by thy words thou shalt be justified, and by thy words thou shalt be condemned." — Matthew 12:37

---

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 62 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 35 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 130 of 159

Office of the Executor

Brackins El Private Estate Trust

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 63 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 36 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 131 of 159

## Notice of Judicial Estoppel and Office Rejection

Let this scroll serve as formal and final Notice of Judicial Estoppel and Office Rejection under the laws of equity and private trust enforcement.

The forum has been presented with solemn scrolls of trust enforcement, fiduciary breach, constructive fraud, and dishonor. Upon failure to answer, rebut, or recognize the Office of the Executor and the private jurisdiction lawfully asserted, the tribunal is now estopped from further presumption of jurisdiction, remedy, or equitable standing.

Judicial estoppel operates where a court, having been notified of one jurisdictional reality, attempts to proceed under another. Pomeroy §812 and §818 confirm that a tribunal which acts in dishonor, or without acknowledgment of a lawfully declared trust status, is barred from further participation in equity. The principle of 'clean hands' now disqualifies the court from claiming moral or lawful enforcement authority.

The Office of the Executor, having fully rebutted joinder, invoked private jurisdiction, and secured CAFR demands, hereby rejects the court's public office capacity to adjudicate, administer, or alter the estate.

This office now issues permanent Notice of Office Rejection to all judicial officers attempting to proceed upon the corpus of the Brackins El Private Estate Trust without equitable qualification, fiduciary oath, or recognition of Executor authority.

Let this rejection be recorded in the private docket, sealed, and cited nunc pro tunc to the first act of dishonor by the forum. Any further action by the public office shall constitute trespass, unauthorized trust interference, and conversion under color of law.

Authorities Cited: Pomeroy §812, §818; Lewin §42, §935; Blackstone Book III, Chapter 23.

Maxims Invoked:

- 'A court of equity must come with clean hands.'

- 'A judge who is disqualified in conscience cannot sit in equity.'

- 'No man shall be judge in his own cause.'

- 'Equity will not permit jurisdiction by estoppel.'

"For by thy words thou shalt be justified, and by thy words thou shalt be condemned." — Matthew 12:37

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 64 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 37 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 132 of 159

_____

Office of the Executor

Brackins El Private Estate Trust

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 65 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 38 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 133 of 159

## Notice to Clerk to Seal Equity Docket

Let this Notice be entered as formal and final command to the Clerk of Court to seal the Equity Docket related to the Brackins El Private Estate Trust.

All filings have been lawfully entered under private trust jurisdiction. The forum has been noticed, fiduciary breaches declared, dishonors recorded, and equity affirmed. The Office of the Executor now demands ministerial compliance by the Clerk to seal the record, protect the corpus, and conclude the matter in accordance with law and duty.

Under FRCP 5(d)(4), the Clerk may not refuse to file for form alone, and is obligated to perform nondiscretionary ministerial duties in compliance with notices entered under equity. Any failure to act constitutes breach and administrative dishonor, enforceable by surcharge and correction nunc pro tunc.

This sealing is demanded both by equity and by administrative doctrine. Per IRS Manual §21.7.13.3.2.1, only the Executor lawfully appointed has final ledger and accounting authority. Per IRS Manual §4.25.6.1, fiduciary failure must result in full accounting. This process, therefore, remains in compliance with both equity jurisprudence and IRS administrative protocol.

Pomeroy §395 and §818, Blackstone Book III Chapter 23, and Lewin §935 each affirm that when a fiduciary forum fails to answer, the equity record shall close in favor of the trust and the private estate rights restored. Thus, the record is now to be sealed.

Failure to comply constitutes a ministerial breach and unauthorized tampering with a private trust corpus. Equity recognizes no excuse for fiduciary indifference. The Clerk is herewith warned: Any refusal to seal will trigger notice of ministerial default and surcharge.

Maxims Invoked:

- 'Equity delights in the end of litigation.'

- 'Where the duty is ministerial, the act is mandatory.'

- 'The record speaks for itself and binds the conscience of the court.'

"For by thy words thou shalt be justified, and by thy words thou shalt be condemned." — Matthew 12:37

_____

Office of the Executor

Case 5:26-cv-00457-ECM-KFP   Document 132   Filed 03/18/26   Page 66 of 74
Case 5:25-cv-00581-LCB   Document 30   Filed 07/31/25   Page 39 of 46
USCA11 Case: 26-10250   Document: 9   Date Filed: 03/06/2026   Page: 134 of 159

Brackins El Private Estate Trust

Case 5:26-cv-00457-ECM-KFP   Document 1-2   Filed 03/18/26   Page 67 of 74
DOCUMENT 3
Case 5:25-cv-00581-LCB   Document 30   Filed 07/31/25   Page 40 of 46
USCA11 Case: 26-10250   Document: 9   Date Filed: 03/06/2026   Page: 135 of 159

## Public Mirror Affidavit of Equity Standing and Final Remedy

Let this affidavit serve as a mirror to all who read it—public servant, agency, or man—concerning the sacred rights, trust enforcement, and final equity record of the Brackins El Private Estate Trust.

All that could be declared has been declared. All that could be forgiven has been offered its remedy. The forum was granted every opportunity to return to trust. Yet the silence remained, the breach deepened, and the honor fled.

The Office of the Executor has operated in truth, equity, and moral courage. These actions were not taken for vengeance, but for restoration. For every trust betrayed, there must be a reckoning. And for every soul in error, there must be a mirror.

This affidavit is entered for the record of Heaven, not just man. It bears witness that the record was sealed not in rage, but in righteousness. Not in wrath, but in lawful resolve. For justice is not noise, it is order. And equity is not argument, it is light.

As it is written:

"Open thy mouth, judge righteously, and plead the cause of the poor and needy." — Proverbs 31:9

"Woe unto them that call evil good, and good evil… that put darkness for light." — Isaiah 5:20

"He that justifieth the wicked, and he that condemneth the just, even they both are abomination to the Lord." — Proverbs 17:15

Let every officer, judge, and trustee consider their steps henceforth. Equity now binds this record eternally. No fiction, no color of law, no presumption can undo what truth has sealed.

This mirror is held before your soul. You have seen what equity looks like. You have seen what honor requires. And now you have seen what happens when duty is ignored.

May this be the last scroll you ever receive in dishonor.

Final Scripture:

"For by thy words thou shalt be justified, and by thy words thou shalt be condemned." — Matthew 12:37

_____

Case 5:26-cv-00457-ECM-KFP     Document 132     Filed 03/18/26     Page 68 of 74
Case 5:25-cv-00581-LCB     Document 30     Filed 07/31/25     Page 41 of 46
USCA11 Case: 26-10250     Document: 9     Date Filed: 03/06/2026     Page: 136 of 159

Office of the Executor

Brackins El Private Estate Trust

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 69 of 74
DOCUMENT 3
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 42 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 137 of 159

## Judicial Notice and Final Opportunity to Cure

To the Presiding Officer of the Forum:

You are hereby given Judicial Notice from the Office of the Executor for the Brackins El Private Estate Trust. The record previously entered stands unrebutted in law, fact, and conscience.

Said record is memorialized as a Court of Record under equity jurisdiction, perfected in trust, and is not subject to statutory procedure, administrative overlay, or inferiority of venue. It is to be preserved and respected under maxims of equity and common law.

As declared in Ex parte Watkins, 28 U.S. 193 (1830): 'The judgment of a court of record imports verity and cannot be collaterally attacked.' The court, having received notice and failed to rebut, is now estopped from further discretionary review or denial.

Blackstone, Book the First, Ch. VII: 'Every court of record is the king's court; and all its acts are enrolled for perpetual memorial.' You are bound to recognize the memorial character of the scroll on record unless jurisdiction is facially disproved.

Pomeroy §347 holds: 'Where equity has once fixed jurisdiction on the conscience, it will not relinquish control absent direct rebuttal.' That rebuttal has not occurred. The Office of the Executor has properly invoked and preserved equitable standing.

Federal Rule of Evidence 201 allows the court to take judicial notice of enrolled records, unrebutted declarations, and matters of public trust not subject to reasonable dispute. This record qualifies under all such elements and compels recognition.

This is not a petition, motion, or plea. It is a final opportunity, extended under the duty of equity, for the presiding officer to rebut the enrollment or cure the record on the face of jurisdiction.

Failure to do so shall invoke judicial estoppel, fiduciary surcharge, and formal invocation of constructive trust over all CAFR-ledger held titles, appropriated property, or administrative conversions attached to the trust res.

Let it be recorded: This declaration is made under equity and not under any statutory or commercial designation. The conscience is now summoned, not the code.

_____

Office of the Executor

Case 5:26-cv-00457-ECM-KFP    Document 132    Filed 03/18/26    Page 70 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 43 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 138 of 159

By Solemn Equity Authority

Brackins El Private Estate Trust


"To him that knoweth to do good, and doeth it not, to him it is sin." — James 4:17

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 71 of 74

Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 44 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 139 of 159

## Scroll of Role Clarification and Beneficiary Prohibition Correction

Let it be declared and entered into the solemn record of the Brackins El Private Estate Trust:

This scroll corrects, clarifies, and finalizes the roles recognized under trust doctrine, equity law, and judicial enforcement. The designation of 'Beneficiary' is not hereby abolished, but properly limited to its rightful scope under law.

As established by Lewin §42 and Pomeroy §103, the Beneficiary holds equitable interest in the benefits of the trust, and may petition for trustee removal or to secure their particular share. However, the Beneficiary does not hold authority to represent the full corpus of the trust, initiate constructive surcharge, or issue scrolls or filings on behalf of the estate as a whole.

The authority to enforce breaches, demand restitution, bind the conscience of the court, and enroll notices under equity resides exclusively in the Office of the Executor, confirmed by Pomeroy §347, §818 and Blackstone Book II, Chapter 30. This includes, without limitation:

- Issuance of scrolls under equity

- Judicial dishonor and estoppel

- Demand for restitution, surcharge, and CAFR ledger capture

- Enforcement of fiduciary breach

- Invocation of conscience jurisdiction

Any filing, classification, or docketed reference using the title 'Beneficiary' to designate this Office is now rebutted, deemed a legal nullity, and subject to correction under this scroll.

This clarification preserves the lawful role of the Beneficiary while reserving enforcement, standing, and equity jurisdiction exclusively to the Executor.

Let this be entered as a memorial of lawful standing and equitable clarity, to prevent all future joinder, misclassification, or statutory conversion.

"For by thy words thou shalt be justified, and by thy words thou shalt be condemned." — Matthew 12:37

_____

Office of the Executor

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 72 of 74
Case 5:25-cv-00581-LCB    Document 30    Filed 07/31/25    Page 45 of 46
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 140 of 159

By Solemn Equity Authority

Brackins El Private Estate Trust

Let all prior filings, notices, scrolls, and instruments—wherever the term 'Beneficiary' was assigned to the undersigned—be hereby corrected nunc pro tunc, to reflect the proper and exclusive authority of the Office of the Executor. This correction relates back to the inception of this Trust's enforcement actions, and binds the conscience of the forum to honor substance over form.

This Scroll shall serve as a permanent rebuttal of all joinder attempts and statutory presumptions attached to the title of Beneficiary. Let it be entered as a declaration of record finality and equity correction, nunc pro tunc.

Maxims of Law Invoked:

- 'Equity regards substance rather than form.'

- 'He who seeks equity must do equity.'

- 'Equity will not suffer a wrong to be without a remedy.'

- 'Acts of equity, though informally expressed, are upheld when the intent is clear.'

Cited Authorities: Pomeroy §347, §395, §818; Lewin §42, §935, §948; Blackstone Book II, Chapter 30; Book III, Chapter 23.

"For by thy words thou shalt be justified, and by thy words thou shalt be condemned." — Matthew 12:37

Case 5:26-cv-00457-ECM-KFP   Document 1-2   Filed 03/18/26   Page 73 of 74
DOCUMENT 3
Case 5:25-cv-00581-LCB   Document 30   Filed 07/31/25   Page 46 of 46
USCA11 Case: 26-10250   Document: 9   Date Filed: 03/06/2026   Page: 141 of 159

## FINAL EQUITABLE SEALING

## Notice of Judicial Default, Fiduciary Estoppel, and Trust Enforcement EFFECTIVE JULY 31, 2025.

*Let the record reflect: This remedy is sealed nunc pro tunc and in perpetuity from this day forward. All dishonor is now confessed by silence.*

*This renders the appearance for August 5, 2025, void by operation of equitable law.*

Case 5:26-cv-00457-ECM-KFP    Document 1-2    Filed 03/18/26    Page 74 of 74
Case 5:25-cv-00581-LCB    Document 30-1    Filed 07/30/25    Page 1 of 1
USCA11 Case: 26-10250    Document: 9    Date Filed: 03/06/2026    Page: 142 of 159

FILED
2025 Jul-31 AM 08:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

MISC Book & Page
04-10-2023 09:23:44 AM
Greg Cain - Probate Judge
State of Alabama, Morgan County

# DECLARATION OF NON-CITIZEN NATIONALITY

I verify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. "I Randy Brackins El acknowledge the beneficial interest over the RANDY D Family of BRACKINS ESTATE being duly sworn, I do hereby declare my intention for my Race to reflect a Moor and my Nationality shall reflect Aboriginal Americas, National but not a citizen of the United States". In accordance with Public Law 94-241 and without the United States.

Executed on 4/10/2023        signature

**Randy Brackins El**

UCC 1-308 All rights reserved.

```
Term/Cashier: PRB-23-TKNOWLES / Tarak
Tran: 23185.511981.667289
REC Recording Fee              3.00
AFF Special Fee (Act 95-424)   5.00
FIL Filing Fee                 1.00
Total Fees:  $ 9.00
```

**STATE OF ALABAMA**

**COUNTY OF MORGAN    ss:**

This Declaration was acknowledged before me on this 10th day of April 2023 by RANDY BRACKINS EL, who being first duly sworn on oath according to law, deposes and says that he has read the foregoing Declaration subscribed by him and that the matters stated herein are true and correct, to the best of his information knowledge and belief.

Notary Public _Jackson Franks_

My Commission Expires 11/05/2023

My Commission expires _____



I, GREG CAIN, JUDGE OF PROBATE HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE RECORD OF A CERTAIN Document AS THE SAME APPEARS OF RECORD IN THIS OFFICE, THIS April 10, 2023

Judge of Probate, Morgan County, AL

State of Alabama, Morgan County
I certify this instrument was filed on
04-10-2023 09:23:44 AM
and recorded in MISC Book
2023 at pages 2357 - 2357
Greg Cain - Probate Judge