FILED

2026 Mar-19  AM 09:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **BRACKINS EL PRIVATE ESTATE TRUST,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.: 5:26-cv-457-CLS** |
| | ) | |
| **THE HONORABLE LILES C. BURKE,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### <u>ORDER</u>

The undersigned hereby recuses himself from further participation in this case. Accordingly, the court **DIRECTS** the Clerk to reassign this case to another judge.

**DONE** and **ORDERED** this 19th day of March, 2026.

_____
Senior United States District Judge