**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION**

| | |
|---|---|
| BRACKINS EL PRIVATE ESTATE TRUST,<br><br>   Plaintiff,<br><br>v.<br><br>THE HONORABLE LILES C. BURKE; THE HONORABLE R. DAVID PROCTOR; JUSTIN JONES; THE ALABAMA STATE BAR; PRAVEEN KRISHNA, AUSA; U.S. MARSHALS SERVICE,<br><br>   Defendants. | CIVIL ACTION NO. 5:26-cv-00457 |

**MOTION TO SET RESPONSE DEADLINE**

Defendants the U.S. Marshals Service and Praveen Krishna, Assistant U.S. Attorney, (the "Moving Defendants") move the Court to set their deadline to respond to Plaintiff's complaint as May 6, 2026. In support of this request the Moving Defendants state as follows

1. On March 7, 2026, Plaintiff Brackins El Private Estate Trust filed a civil complaint in the Circuit Court of Madison County, Alabama. Not. of Removal Ex. A at 1, Doc. 1-1.

2. On March 18, 2026, the Moving Defendants filed a notice of removal removing the state-court action to federal court. Not. of Removal 1-5, Doc. 1.

3. If the Moving Defendants had been sued in federal court initially, they each would have had sixty days from the date of service of the complaint to file a response to Plaintiff's claims. *See* Fed. R. Civ. P. 12(a)(2), (3).

4. The Moving Defendants ask the Court to set their deadline to respond to the complaint as May 6, 2026, which is sixty days after the state-court complaint was filed. Setting this deadline would give the Moving Defendants additional time to work with the undersigned in preparing their response to Plaintiff's complaint.

5. Plaintiff will not be prejudiced by this request. Based on Plaintiff's filing, it is a trust. Not. of Removal Ex. A at 7, Doc. 1-1 ("**COMES NOW** the Brackins El Private Estate Trust (the "Trust") . . . The Trust is an Alabama private trust with **Exclusive Chancery Jurisdiction** residing in the state courts (Ala. Code§ 19-3B-201)") (emphasis in original).

6. Because Plaintiff is a trust, it cannot proceed *pro se*. *See J.J. Rissell, Allentown, PA Tr. v. Marchelos*, 976 F.3d 1233, 1235 (11th Cir. 2020) ("A trust, like a corporation, 'is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel.'") (quoting *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985)).

7. Attorney Kimberly Adina Ford filed the complaint in state court on behalf of Plaintiff. Not. of Removal Ex. A at 1, Doc. 1-1 (cover sheet signature block). Ms. Ford is currently disbarred "from practice in the United States District

Court for the Northern District of Alabama."  Order 55, Doc. 37, *Brackins El Private Estate v. White, et al.*, Case 5:25-cv-01568-LCB (N.D. Ala.).  It also appears that Ms. Ford's license with the Alabama State Bar is currently "suspended".  Alabama State Bar Find a Member, https://members.alabar.org/Member_Portal/Member_Portal/Member-Search.aspx (last accessed Mar. 19, 2026).

8.     Given Ms. Ford's current status, Plaintiff in this action will likely need to obtain counsel to represent it, which may take some amount of time.  As a result, Plaintiff will not be prejudiced if the Moving Defendants' response deadline is set as May 6, 2026.

CATHERINE L. CROSBY
UNITED STATES ATTORNEY

s/Don B. Long III
Don B. Long III
Assistant U.S. Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2001

## CERTIFICATE OF SERVICE

I certify that on or about March 19, 2026, I served a copy of the above on the

Plaintiff by sending a copy by certified mail to trustee:

Kimberly A. Ford
470 Providence Main, Suite 302C
Huntsville, AL 35806

I certify that on or about March 19, 2026, I served a copy of the above on the

Alabama State Bar and Justin Jones by sending a copy by first-class mail to:

Alabama State Bar
415 Dexter Ave
Montgomery, AL 36104

Justin Jones
415 Dexter Ave
Montgomery, AL 36104

I certify that on or about March 19, 2026, I served a copy of the above on the

Honorable Liles C. Burke and the Honorable R. David Proctor by hand delivering

a copy to their counsel as follows:

Praveen Krishna,
Assistant U.S. Attorney
1801 Fourth Avenue North
Birmingham, AL 35203

s/Don B. Long III
Don B. Long III
Assistant U.S. Attorney