FILED

2026 Mar-20  PM 03:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| BRACKINS EL PRIVATE ESTATE TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:26-cv-457-ECM |
| | ) | |
| HONORABLE LILES C. BURKE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

For good cause, it is

ORDERED that, pursuant to 28 U.S.C. § 636, this case is REFERRED to the United States Magistrate Judge for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 20th day of March, 2026.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
UNITED STATES DISTRICT JUDGE