FILED

2026 Mar-25  AM 08:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

BRACKINS EL PRIVATE ESTATE TRUST, )
                                          )

      Plaintiff,                    )

                                          )

v.                                     )     CASE NO. 5:26-CV-457-ECM-KFP

                                          )

HONORABLE LILES C BURKE, et al.,    )

                                          )

      Defendants.              )

## ORDER

Upon consideration of the Complaint (Doc. 1), Plaintiff Brackins El Private Estate Trust is proceeding pro se.

An unrepresented trust cannot proceed in federal court pro se. *J.J. Rissell, Allentown, PA Trust v. Marchelos*, 976 F.3d 1233, 1235 (11th Cir. 2020); *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."). To the extent Brackins El Private Estate Trust intends to be a party in this action, it is ORDERED to secure legal representation. Counsel for the Trust shall file a notice of appearance no later than **April 22, 2026**.

**Brackins El Private Estate Trust is warned that failure to obey this Court order and secure counsel to represent the Trust may result in a recommendation that any claims brought by the Trust be dismissed without prejudice.**

DONE this 25th day of March, 2026.

_____
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE