FILED

2026 Mar-25  AM 08:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| BRACKINS EL PRIVATE ESTATE TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:26-CV-457-ECM-KFP |
| | ) | |
| HONORABLE LILES C BURKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendants U.S. Marshals Service and Praveen Krishna's Motion to Set Response Deadline (Doc. 3), it is ORDERED that the Motion is GRANTED. Defendants are ORDERED to file their Response on or before May 6, 2026.

DONE this 25th day of March, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE