FILED
2026 Apr-23  PM 03:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
### NORTHERN DIVISION OF ALABAMA (NORTHEASTERN)

| | |
|---|---|
| **BRACKINS EL PRIVATE** ) | |
| **ESTATE TRUST,** *et al*, ) | |
| **PLAINTIFF,** ) | |
| **V.** ) | **CASE NO. 5:26-cv-00457-ECM-KFP** |
| **LILES C. BURKE,** *et al*, ) | |
| **DEFENDANTS.** ) | |

### NOTICE OF APPEARANCE

**COMES NOW**, Roman Ashley Shaul, General Counsel for the Alabama State Bar, and

notices his appearance as counsel of record for Defendants Justin Jones and the Alabama State Bar

in the  above styled matter.

**RESPECTFULLY SUBMITTED** on this the 23rd day of April, 2026.

_____
Roman A. Shaul (ASB-5043-S58R)
Counsel for Defendants
General Counsel
Alabama State Bar
PO Box 671
Montgomery, AL 36101
Phone (334) 269-1515
Email roman.shaul@alabar.org

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon all counsel of record by the CM/ECF system and or by USPS first class mail postage prepaid and correctly addressed on this the 23rd day of April, 2026.

_____
Roman A. Shaul
Counsel for Defendants