FILED

2026 Apr-27  PM 03:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| BRACKINS EL PRIVATE ESTATE TRUST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:26-CV-457-ECM-KFP |
| | ) | |
| HONORABLE LILES C BURKE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Defendants U.S. Marshals Service and Praveen Krishna's Motion to Stay Response Deadline (Doc. 14), it is ORDERED that the Motion is GRANTED and their Response deadline is STAYED. The response deadline will be set by separate order as appropriate.

DONE this 27th day of April, 2026.

KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE