FILED
2026 Apr-28  PM 03:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **BRACKINS EL PRIVATE** | ) | |
| **ESTATE TRUST,** *et al*, | ) | |
| **PLAINTIFF,** | ) | |
| **V.** | ) | **CASE NO. 5:26-cv-00457-ECM-KFP** |
| **LILES C. BURKE,** *et al*, | ) | |
| **DEFENDANTS.** | ) | |

## MOTION TO STAY RESPONSE DEADLINE

**COMES NOW** Defendants Alabama State Bar and Justin Jones, Assistant General Counsel, and move to stay their deadline to respond to Plaintiff's complaint until counsel appears in this action to represent Plaintiff. Counsel for Defendants the U.S. Marshals Service and Praveen Krishna, Assistant U.S. Attorney, filed a similar motion (Doc. 14) on April 27, 2026, seeking the same relief. This Court granted the aforementioned motion (Doc. 15) on April 27, 2026, specifically stating therein "Motion to Stay Response Deadline (Doc. 14), it is ORDERED that the Motion is GRANTED and **their** Response deadline is STAYED." (**emphasis added)**.

Out of an abundance of caution, Defendants Alabama State Bar and Justin Jones, Assistant General Counsel, requests their response deadline also be stayed for the same reasoning advanced in Doc. 14.

**RESPECTFULLY SUBMITTED** on this the 28th day of April, 2026.

_____
Roman A. Shaul (ASB-5043-S58R)
Counsel for Alabama State Bar and Justin Jones, Defendants
General Counsel
Alabama State Bar
PO Box 671
Montgomery, AL 36101
Phone (334) 269-1515
Email roman.shaul@alabar.org

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon all counsel of record by the CM/ECF system and or by USPS first class mail postage prepaid and correctly addressed on this the 28th day of April, 2026.

_____
Roman A. Shaul
Counsel for Alabama State Bar and Justin Jones, Defendants