FILED

2026 Apr-29  PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

|  |  |
|---|---|
| BRACKINS EL PRIVATE ESTATE TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>THE HONORABLE LILES C. BURKE; THE HONORABLE R. DAVID PROCTOR; JUSTIN JONES; THE ALABAMA STATE BAR; PRAVEEN KRISHNA; U.S. MARSHALS SERVICE,<br><br>    Defendants. | CIVIL ACTION NO. 5:26-cv-0457-ECM |

### MOTION TO STAY RESPONSE DEADLINE

Defendants, the Honorable Liles C. Burke, United States District Judge for the Northern District of Alabama ("Judge Burke"), and the Honorable R. David Proctor, Senior United States District Judge for the Northern District of Alabama ("Judge Proctor"), join the other defendants in the above-captioned case and move to stay the briefing deadline for their response to the plaintiff's complaint.

This Court originally ordered the defendants to respond to the plaintiff's complaint by May 6, 2026. (Doc. 12.) But the plaintiff has yet to secure legal representation despite this Court ordering it to do so by April 22, 2026. (Doc. 11.) This Court has since stayed the response deadline for the other defendants in this

case. (Docs. 15 and 17.) To the extent their deadline remains in effect, Judges Burke

and Proctor move for a stay as well.

CATHERINE L. CROSBY
ACTING UNITED STATES
ATTORNEY

/s/
Praveen Krishna
Assistant U.S. Attorney
U.S. Attorney's Office
1801 Fourth Avenue North
Birmingham, Alabama 35203
(205) 244-2001

2

## CERTIFICATE OF SERVICE

I certify that on or about April 29, 2026, I served a copy of the above on the

plaintiff by sending a copy by certified mail to:

Patrick S. Arrington
PATRICK S. ARRINGTON, L.L.C.
225 Spragins Street Suite D
Huntsville, Al 35801

_____/s/_____

Praveen Krishna
Assistant United States Attorney
